McPherson v. Tennessee Football, Inc.                                    Doc. 2

# NOTICE REGARDING CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.02 of the United States District Court for the Middle District of Tennessee, any **non-governmental corporate party** shall file a Corporate Disclosure Statement identifying all its parent corporations and listing any publicly held company that owns ten percent (10%) or more of the party's stock. A party shall file the Corporate Disclosure Statement as a separate document with its initial pleading, or other initial Court filing, and shall supplement the Corporate Disclosure Statement within a reasonable time of any change in the information.

Dockets.Justia.com