IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| ADRIAN McPHERSON, | ) | |
| | ) | Case No. _____ |
| Plaintiff, | ) | |
| | ) | Judge _____ |
| vs. | ) | Magistrate Judge _____ |
| | ) | |
| TENNESSEE FOOTBALL, INC., | ) | |
| d/b/a TENNESSEE TITANS, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## NOTICE

TO: Christopher Taylor
Hill-Boren PC
191 Jefferson Avenue
Memphis, Tennessee 38103

PLEASE TAKE NOTICE that Defendant Tennessee Football, Inc. d/b/a Tennessee Titans has removed that cause bearing Davidson County Circuit Court Case Number 063302 to the United States District Court for the Middle District of Tennessee at Nashville and that the State Court is to proceed no further therein.

_____
Robert E. Boston, Tenn. BPR # 9744
Mark W. Peters, Tenn. BPR # 18422
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville City Center
Nashville, TN 37219
(615) 244-6380 (telephone)
(615) 244-6804 (facsimile)
bob.boston@wallerlaw.com
mark.peters@wallerlaw.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via United States mail, First Class postage prepaid, upon Christopher Taylor, Hill-Boren PC, 191 Jefferson Avenue, Memphis, Tennessee 38103, on this the ___ day of January, 2007.

_____

1297146.1