IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| ADRIAN McPHERSON, ) | |
| ) | Case No. 3:07-0002 |
| Plaintiff, ) | |
| ) | Judge Haynes |
| vs. ) | Magistrate Judge Griffin |
| ) | |
| TENNESSEE FOOTBALL, INC., ) | |
| d/b/a TENNESSEE TITANS, ) | JURY DEMAND |
| ) | |
| Defendant. ) | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.02, Defendant Tennessee Football, Inc. states that it is a Delaware corporation authorized to do business in the State of Tennessee. Its sole corporate parent is KSA Industries, Inc. No publicly held company owns more than ten percent or more of TFI's stock.

.

s/ Mark W. Peters
Robert E. Boston, Tenn. BPR # 9744
Mark W. Peters, Tenn. BPR # 18422
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville City Center
Nashville, TN  37219
(615) 244-6380 (telephone)
(615) 244-6804 (facsimile)
bob.boston@wallerlaw.com
mark.peters@wallerlaw.com

Attorneys for Defendant

1301083.1

Dockets.Justia.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served via United States mail, First Class postage prepaid, upon Christopher Taylor, Hill-Boren PC, 191 Jefferson Avenue, Memphis, Tennessee 38103, on this the 4th day of January, 2007.

                                  s/ Mark W. Peters
                                  Robert E. Boston, Tenn. BPR # 9744
                                  Mark W. Peters, Tenn. BPR # 18422
                                  WALLER LANSDEN DORTCH & DAVIS, LLP
                                  511 Union Street, Suite 2700
                                  Nashville City Center
                                  Nashville, TN 37219
                                  (615) 244-6380 (telephone)
                                  (615) 244-6804 (facsimile)
                                  bob.boston@wallerlaw.com
                                  mark.peters@wallerlaw.com

                                  Attorneys for Defendant

1301083.1                        2

Case 3:07-cv-00002    Document 5    Filed 01/04/2007    Page 2 of 2