# United States District Court
# Middle District of Tennessee

Holly Vila
*Deputy Clerk*

E-Mail: Holly_Vila@tnmd.uscourts.gov
Web Site: www.tnmd.uscourts.gov

Office of the Clerk
800 United States Courthouse
Nashville, Tennessee  37203
(615) 736-7178 ext. 231

January 8, 2007

Christopher L. Taylor
Hill Boren PC
191 Jefferson Avenue
Memphis, TN 38103

In Re:   Adrian McPherson v. Tennessee Football, Inc
         Civil Case No. 3:07cv00002
         Judge Haynes

Dear Mr. Taylor,

    Pursuant to the local rules of court, you must be admitted to practice before this Court, in accordance with Local Rule 83.01(a)-(c).  Local Rule 83.01 requires that, before practicing in this Court, you must complete an application for admission and, upon approval, be admitted before this Court.  To be admitted to the Bar of the Court, you must be a member in good standing of the bar of the State of Tennessee.  The application for admission and our local rules are available on our web site listed above.

    Alternatively, if you want to practice in this particular case without being admitted to the Bar of the Court, you must file a motion for admission pro hac vice with a <u>certificate of good standing signed by the Clerk of any United States District Court</u> to which you are admitted, and a fee of $75.00.   You must also associate local counsel if your principle office is not located in the State of Tennessee. Please coordinate your pro hac vice  payment with local counsel.

    In some cases, we cannot guarantee the accuracy of our records.  If you have, in fact, been admitted to this Bar, please call me immediately.

    Effective July 5, 2005, this Court went live with the Electronic Case Filing system.  You should file your motion to appear pro hac vice on paper and pay the required $75.00 per attorney fee.  Once the motion is ruled on, **you must register for an ecf login and password**.  **Registration is mandatory in the Middle District of Tennessee.**  Every district court issues a different password.  A link to the registration form is available on the website listed above by following the "CM/ECF" link.  All filings must be made in accordance with our Administrative Practices and Procedures for Electronic Case Filing, also found at the above-mentioned link.

Please comply with these Local Rule requirements within 20 days. If you have questions or if we can assist you in any way, please let us know.

>Sincerely,
>Keith Throckmorton, Clerk
>
>*s/Holly Vila*
>
>Holly Vila, Deputy Clerk