# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# AT NASHVILLE

| | | |
|---|---|---|
| ADRIAN McPHERSON, | ) | |
| | ) | Case No. 3:07-cv-0002 |
| Plaintiff, | ) | |
| | ) | Judge Haynes |
| vs. | ) | Magistrate Judge Griffin |
| | ) | |
| TENNESSEE FOOTBALL, INC., | ) | |
| d/b/a TENNESSEE TITANS, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

# AFFIDAVIT OF MICKEY LOOMIS

State of Louisiana      )
                        )
Parish of Jefferson     )

I, Mickey Loomis, being duly sworn, depose and state as follows:

1. I am the Executive Vice President and General Manager of New Orleans Louisiana Saints, LLC, known as the New Orleans Saints (the "Saints"). My business address is 5800 Airline Drive, Metairie, Louisiana 70003. I am over eighteen years of age and make this Affidavit based upon my personal knowledge.

2. The Saints drafted Adrian McPherson in the NFL Draft in 2005. In 2005, Mr. McPherson entered into a three year NFL Player Contract with the Saints, a true and correct copy of which is attached hereto as Exhibit 1. As an NFL player, Mr. McPherson was subject to the Collective Bargaining Agreement between the National Football League Management Council, the bargaining representative of the NFL teams, and the National Football League Players Association, the bargaining representative of the NFL players (the "CBA"). As an NFL team, the Saints are also subject to the CBA.

3. Mr. McPherson was on the Saints' preseason football roster in 2006. During the 2006 NFL preseason, Mr. McPherson was injured during half-time of the football game between the Saints and the Tennessee Titans on August 12, 2006. As a result of his injury, Mr. McPherson was placed on the Saints' Injured Reserve list.

1304400.1

4. In October 2006, the Saints determined that Mr. McPherson was no longer suffering from the injuries that he received in the Saints – Titans football game. Thereafter, the Saints placed Mr. McPherson on waivers and his NFL Player Contract with the Saints was terminated on October 11, 2006.

5. In accordance with the terms of his NFL Player Contract and the CBA, the Saints paid Mr. McPherson a total of $62,553.10 during the period that he was recovering from the injuries that he received in Saints – Titans football game and Mr. McPherson accepted such payment.

6. At no time has Mr. McPherson filed a grievance, either injury or non-injury, against the Saints.

FURTHER, AFFIANT SAYETH NOT.

_____
Mickey Loomis

Sworn to and subscribed before me this 30 day of January, 2007.

_____
Notary Public

My commission expires: _____

JANET O. LEWIS
MY COMMISSION # DD 447011
EXPIRES: July 4, 2009
Bonded Thru Budget Notary Services