understandings of any kind that have not been disclosed to the NFL involving consideration of any kind to be paid, furnished or made available to Player or any entity or person owned or controlled by, affiliated with, or related to Player, either during the term of this contract or thereafter.

(b) Each of the undersigned further confirms that, except insofar as any of the undersigned may describe in an addendum to this contract, to the best of their knowledge, no conduct in violation of the Anti-Collusion rules of the Settlement Agreement took place with respect to this contract. Each of the undersigned further confirms that nothing in this contract is designed or intended to defeat or circumvent any provisions of the Stipulation and Settlement Agreement in White v. NFL, including but not limited to the Rookie Pool and Salary Cap provisions; however, any conduct permitted by the CBA and/or the Settlement Agreement shall not be considered a violation of this confirmation.

(c) The Club further confirms that any information regarding the negotiation of this contract that it provided to the Neutral Verifier was, at the time the information was provided, true and correct in all material respects.

25. SPECIAL PROVISIONS.

SEE ATTACHED ADDENDUM

THIS CONTRACT is executed in six (6) copies. Player acknowledges that before signing this contract he was given the opportunity to seek advice from or be represented by persons of his own selection.

PLAYER [signature]
Home Address: 148 Acadian Ln
Mandeville LA, 70471
Telephone Number: 985-792-1889
Date: 7-28-05

NEW ORLEANS LOUISIANA SAINTS
CLUB [signature]
By
5800 AIRLINE DR.
Club Address
METAIRIE, LA 70003
Date: 7/28/05

PLAYER'S CERTIFIED AGENT
Address
Telephone number
Date

NATIONAL FOOTBALL LEAGUE
AUG 01 2005
RECEIVED

Copy Distribution:　　White-League Office　　　Yellow-Player　　　Green-Member Club
　　　　　　　　　　Blue-Management Council　　Gold-NFLPA　　　　Pink-Player Agent

## SIGNING, REPORTING AND PLAYING BONUS

Between the New Orleans Saints LA Saints LTD Corporation ("Club") and **Adrian McPherson** ("Player").

As additional consideration for the execution of the NFL Player Contract for the years 2005, 2006 and 2007 and for Player's adherence to all provisions to the Contract, and for Player receiving medical clearance to practice and play after taking the Club's physical exam, Club agrees to pay Player a bonus in the amount of One Hundred Twenty Five Thousand Seven Hundred Seventy Five Dollars ($125,775.00) (the "Bonus") payable as follows:

    $125,775.00    within ten days of execution.

It is expressly understood that no part of the Bonus is part of any salary in the Contract for the years set forth above or for any subsequent contract years which may be added to the Contract by option, extension, or any other means and that such obligations are not terminable if such contract(s) is (are) terminated via the NFL Waiver System, and provided player is not in breach of this agreement and/or his NFL Player Contract at the time of such termination.

In the event Player fails or refuses to report to Club, or fails or refuses to practice or play with Club at any time for any reason including Player's suspension by the NFL or Club for Conduct Detrimental or suspension for violating the NFL Policy and Program for Substances of Abuse, the NFL Policy on Anabolic Steroids and Related Substances, the NFL Personal Conduct Policy, or in the event player leaves Club without its consent during the duration of the above contract years, then Player shall be in default. In the event of Player's default, upon demand by Club, Player shall immediately return and refund to the Club any of the Bonus previously paid by Club and Player shall relinquish the right to receive any unpaid Bonus in the proportionate amount set forth below:

| Contract Year Player Defaults | Amount of the Bonus Player Returns to Club |
|---|---|
| 2005 | $ 125,775.00 |
| 2006 | $ 83,850.00 |
| 2007 | $ 41,925.00 |

This provision shall not be applicable in the event that Player, due to an NFL football-related injury, or death resulting therefrom, is unable to play or practice with the Club based upon the opinion of the Club's physician which shall be final and binding. It is further understood and agreed that Player's waiver of rights to certain unpaid amounts and Player's obligation to re-pay certain amounts of the Bonus as indicated above are express provisions of this Contract and, but for the provisions herein contained, Club would not have executed this Contract. Player hereby authorizes Club, in its sole discretion, to deduct and set off at any time and from time to time all or any part of any sums owed by Player to Club from any current or deferred or future wages, salaries, bonuses, severance pay and/or additional consideration owed to, or that may become owed to, or that may become owed to Player by Club. No term or condition of this agreement, and no breach thereof, shall be waived, altered or modified except by written instrument.

Executed this 28 day of July, 2005.

CLUB
_____
Rick Mueller

PLAYER
_____
Adrian McPherson

AGENT
_____
Leigh Steinberg

Case 3:07-cv-00002  Document 11  Filed 01/31/2007  Page 2 of 2