Appendix H

# APPENDIX H

## ACCOUNTANTS' REVIEW PROCEDURES

The information included in the Schedule of Team Salaries, Benefits, Player Costs, Defined Gross Revenues ("DGR") and Excluded DGR *of the NFL and its* member clubs (the "Schedule"), which is not intended to be a presentation in accordance with generally accepted accounting principles, is to be prepared in accordance with the provisions *of* the CBA. The information on the Schedule is to be the responsibility of the *management of the* Clubs and the NFL.

The *Management Council and the NFLPA* are to retain a national accounting firm (the "Accountants") *which will have the responsibility to perform certain procedures on the Schedule and report on the results of these procedures. The Accountants are to conduct procedures as agreed upon by the parties (the "Procedures"). The Procedures* shall include examining, on a test basis, evidence supporting the amounts and disclosures in the Schedule. The *Procedures* shall also include an assessment of the significant estimates made by management, as well as an evaluation of the overall Schedule presentation.

A committee is to be established, the Settlement Agreement Salary Cap Review Committee (the "Committee"), consisting of six members with three representatives designated by each of the Management Council and the NFLPA. The Committee is to meet with the Accountants at least twice during the year, once prior to December 31st to review the scope of the *Procedures* described in the preceding paragraph and again before *May 1st* to review the results of the *Procedures* before issuance of the final report for that playing season.

The procedures detailed below *and/or as otherwise agreed by the parties are and shall be* designed to determine whether the Schedule represents, in all material respects, the Team Salaries, Benefits, Player Costs, Defined Gross Revenues and Excluded DGR of the NFL *and its Clubs* for such *League Year* in accordance with the *provisions* of the CBA. The Accountants will *perform the Procedures with respect* to the Schedule for each *League Year.*

The Accountants may rely on the procedures performed by each member club's local accounting firm ("Local Accountants"), *as agreed upon by the parties,* or may test the procedures on a scope basis so as to permit the Accountants to obtain a reasonable basis to report *upon the Procedures* as referred above.

The Accountants will have access to and receive copies of the Local Accountants' workpapers of the Schedule (the "Workpapers"). If the Ac-

244

Dockets.Justia.com

countants need to review the financial audit workpapers or the corresponding financial statement of any Club or the League Office, this information will be held in confidence and not be part of the file subject to review by the Committee.

## Procedures provided by the *Management Council* and *the NFLPA* to be performed by the Accountants

### General

- *The CBA and all relevant side letters* should be reviewed and understood.

- See Exhibit *H.1* for the form of the Accountants' Report.

- Examine the National Television and Cable contracts at the League Office and agree to amounts reported.

- Schedules of international broadcast should be obtained from the League Office. Schedules should be verified by agreeing to general ledgers and testing supporting documentation where applicable.

- All loans, advances, bonuses, etc. received by the League Office should be noted in the report and included in DGR where appropriate.

- The Player Compensation and Defined Gross Revenues Reporting Package and instructions for the playing season should be reviewed and understood.

- All workpapers of the Accountants relative to its report on the Schedule *shall* be made available for review by representatives of the *Management Council* and *the NFLPA* prior to issuance of the report.

- A summary of all findings (including any unusual or non-recurring transactions) and proposed adjustments must be jointly reviewed with representatives of the *Management Council* and the NFLPA prior to issuance of the report.

- Any problems or questions raised should be resolved by the Committee.

- Estimates should be reviewed in accordance with the CBA. Estimates are to be reviewed based upon the previous year's actual results and current year activity. Estimates should be reconfirmed with third parties when possible.

Appendix H

- Revenue and expense amounts that have been estimated should be re-confirmed with the Controller or other team representatives prior to the issuance of the report.

- Where possible, team and League Office revenues and expenses should be reconciled to audited financial statements. This information is to be held in confidence.

- The Accountants should be aware of revenues excluded from DGR. All revenues excluded by the teams or League Office should be reviewed to determine proper exclusion. The Accountants should perform a review for revenues improperly excluded from, or included in, DGR.

## Procedures provided by the *Management Council* and *the NFLPA* to be performed by the Local Accountants

### General
- *The local accountants shall conduct procedures as agreed upon by the parties.*

- *The CBA and all side letters* should be reviewed and understood by all Local Accountants.

- See Exhibit *H.2* for the form of the Local Accountants' Report.

- Special rules for Salary Cap counting such as annuities, loans, guarantees, deferrals, signing bonuses and the like should be reviewed and understood.

### Team Salaries - Schedule 1
- Trace amounts to the team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Examine the applicable player contracts for all players listed, noting agreement of all salary amounts for each player, in accordance with the definition of salary in the CBA.

- Compare player names with all player lists for the season in question.

- Determine method used to value non-cash compensation is in compliance with methods outlined in the CBA.

246

- Examine trade arrangements to verify that each team has properly recorded its pro rata portion of the players' entire salary based upon roster days.

- Inquire of Controller or other representative of each team if any additional compensation was paid to players and not included on the schedule.

- Review "Miscellaneous Bonuses" to determine whether such bonuses were actually earned for such season.

- Review signing bonuses to determine if they have been allocated over the years of the Contract in accordance with the CBA.

- Review contracts to insure that any guaranteed amounts for future years are allocated, if applicable, over previous years in accordance with the provisions of this CBA.

- Compare the balances of player loans from the end of the prior period to the end of the current period and reconcile to the respective payment schedule in effect at the end of the prior period.

## Benefits - Schedule 2

- Trace amounts to the team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Investigate variations in amounts from prior year through discussion with the Controller or other representative of the team.

- Review each team's insurance expenses for premium credits (refunds) received from carriers.

- Review supporting documentation as to the following expenses:

| | |
|---|---|
| Players Pension | Workers Compensation |
| Severance Costs | FICA Social Security/Medicare |
| Disability Insurance | Unemployment Insurance |
| Medical/Dental/Life Ins. | Other Allowable Benefits |

## Player Costs - Schedule 3

- Perform procedures provided in Schedules 1 and 2 above and deduct amounts not includable in the definition of "Player Costs" in the CBA.

Appendix H

## Defined Gross Revenues - Schedule 4

- Trace amounts to team's general ledger or other supporting documentation for agreement.

- Foot all schedules and perform other clerical tests.

- Trace gate receipts to general ledger and test supporting documentation where appropriate.

- Gate receipts should be reviewed and reconciled to League Office gate receipts summary.

- Luxury box revenues should be included/excluded in DGR in a manner consistent with the CBA. Amounts included in DGR should be verified to supporting documentation.

- Examine local television, local cable and local radio contracts. Verify to amounts reported by teams.

- When local broadcast revenues are not verifiable by reviewing a contract, detailed supporting documentation should be obtained and tested.

- All loans, advances, bonuses, etc. received by the team should be noted in the report and included in DGR where appropriate.

- All amounts of other revenues should be reviewed for proper inclusion/exclusion in DGR. Test appropriateness of balances where appropriate.

## Excluded DGR - Schedule 5
- Perform procedures provided in Schedule 4 above for amounts of DGR defined in the Agreement as "Excluded DGR" and make any adjustments to DGR as appropriate.

## Questions - Schedule 6
- Review with Controller or other representatives of the team the answers to all questions on this schedule.

- Review that appropriate details are provided where requested.

- Prepare a summary of all changes.

## DGR Reporting Procedures - Schedule 7 and List of Related Entities - Schedule 8

- Review with Controller or other representatives of the team all information included on both schedules.

- Prepare a summary of any changes, corrections or additions to either schedule.

*Extension Agreement 1/8/02*

## EXHIBIT H.1

## ACCOUNTANTS' AGREED-UPON PROCEDURES REPORT

*We have performed the procedures as described in the accompanying Schedule A, which were agreed to by the National Football League Management Council, the National Football League Players Association and Class Counsel (collectively, the "Parties") with respect to the National Football League Office Reporting Package and the Reporting Packages of the Member Clubs of the National Football League, for the [insert] League Year, solely to assist the Parties in evaluating whether the Reporting Packages were prepared in accordance with the provisions and definitions contained in the Instructions to the Reporting Package. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of the specified users of the report. Consequently, we make no representation regarding the sufficiency of the procedures described in Schedule 1 either for the purpose for which this report has been requested or for any other purpose.*

*Our findings are set forth in the accompanying Schedule B.*

*We were not engaged to, and will not perform an audit or examination, the objective of which would be the expression of an opinion on the Reporting Packages. Accordingly, we will not express such an opinion. If we were to perform additional procedures or if we were to perform an audit or examination of the Reporting Packages, other matters might have come to our attention that would have been reported to the Parties.*

*This report is intended solely for the use of the National Football League Management Council, the National Football League Players Association and Class Counsel and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.*

*\*Extension Agreement 1/8/02*

# EXHIBIT H.2

## LOCAL ACCOUNTANTS' *AGREED-UPON PROCEDURES* REPORT

*We have performed the procedures as described in the accompanying Schedule A, which were agreed to by the National Football League Management Council, the National Football League Players Association and Class Counsel (the "Parties") with respect to the Reporting Package of the [Member Club Name], a Member Club of the National Football League, for [insert] League Year,* to assist the Parties in evaluating whether the Reporting Package was prepared in accordance with the provisions and definitions contained in the *Instructions to the Reporting Package dated [insert]. This engagement to apply agreed-upon procedures was performed in accordance with standards established by the American Institute of Certified Public Accountants. The sufficiency of these procedures is solely the responsibility of management of the Parties. Consequently, we make no representation regarding the sufficiency of the procedures described in* Schedule A either *for the purpose for which this report has been requested* or for any other purpose.

*Our findings are set forth in the accompanying Schedule B.*

*We were not engaged to, and did not, perform an audit, the objective of which would be the expression of an opinion on the Reporting Package. Accordingly, we do not express such an opinion. Had we performed additional procedures, other matters might have come to our attention that would have been reported to the Parties.*

*This report is intended solely for the use of the [Member Club Name], the National Football League Management Council, the National Football League Players Association and Class Counsel and should not be used by those who have not agreed to the procedures and taken responsibility for the sufficiency of the procedures for their purposes.*

*\*Extension Agreement 1/8/02*

---

# APPENDIX I

## STANDARD MINIMUM PRESEASON PHYSICAL EXAMINATION

Should there be the need for additional examination or testing in any specific area, such will be permitted.

**General Medical Examination**
1. History
   - player
   - family
   - thorough review of all team physicians and trainer reports for preceding seasons

2. Examination
   - head
   - face
   - scalp
   - ears
     - external & drums
   - sinus
   - throat
   - eyes
     - pupils
     - reaction to movement & light
   - lungs
     - palpation
   - chest
   - heart
   - visceral
   - hernia
   - rectal
     - hemorrhoid
     - fistula
     - prostate
   - gastric
   - any unusual body marks, i.e. scars, birthmarks
   - height
   - weight
   - temperature
   - blood pressure
   - pulse
   - heart rate

252

**Orthopedic Examination**
Examination visually, including stress testing and range of motion for all of the following:

- neck and spine
- shoulder
- elbow
- wrist
- fingers
- hips
- knees; also knee jerk
- ankle; check Achilles tendon for abnormalities and by jerk test
- toes

**Flexibility**
Testing of hamstrings and neck

**EKG**
Heart Abnormalities

**Stress Testing** (at physician's discretion) (Treadmill or bicycle) for cardio-vascular

**Blood Testing**
Standard grid. Testing for (including but not limited to):

- Chemistry
- Calcium
- Phosphorus
- Glucose
- Uric Acid
- Cholesterol
- Iron
- Triglyceride
- Lipids
- Sodium.
- Chlorides
- White Blood Count
- Red Blood Count
- Mono-Screen*
- Tay Sachs*
- Sickle Cell*
- VD*

*Where applicable. If found, individual counseling necessary.

Appendix I

**Urinalysis**
Check for (including but not limited to):
- Protein
- Glucose
- PH Factor
- Diabetes
- Renal Failure
- Gout

**Vision Testing**
- peripheral vision
- standard eye test

**Hearing Test**

**Dental Examination**

**Chest X-Ray** (at appropriate intervals)
(Only as recommended by AMA standard)
Check for: Tumor
T.B.
Lesions

**X-Ray all previously injured areas** (at physician's discretion)

254

# APPENDIX J

## ACTUARIAL ASSUMPTIONS AND ACTUARIAL COST METHOD

| | |
|---|---|
| Mortality rates: | Group Annuity Mortality Table for 1983 without margins |
| Disability mortality before age 65: | 1965 Railroad Retirement Board select and ultimate table |

Nonfootball related disability rates before retirement:

| Age | Rate |
|-----|------|
| 22 | .04 |
| 27 | .04 |
| 32 | .04 |
| 37 | .05 |
| 42 | .09 |
| 47 | .18 |
| 52 | .41 |

| | |
|---|---|
| Football related disability rates: | .08% per year for active players and .06% per year for inactive players until age 45, after which it becomes zero. Active players are assumed to become inactive after one year or age 30, whichever comes later. |

Withdrawal rates:

| For Players With Service of | Rate |
|-----|------|
| 1 year | 29.1% |
| 2 years | 19.7% |
| 3 years | 17.0% |

| | |
|---|---|
| Election of early payment benefit: | 35% of all players out of football less than two years will elect the benefit two years after leaving football. Active players are assumed to leave football after one season or age 30, whichever is later. No assumption for players with no credited seasons before 1993. |
| Retirement age: | 47, except 55 for players with no credited seasons before 1993 |
| Percent married: | Social Security awards in 1972 |
| Age of Player's wife: | Three years younger than player |

Appendix J

| | |
|---|---|
| Remarriage rates: | 1971 Railroad Retirement Board rates |
| Net investment return: | 7.25% |
| Administration expenses: | Actual for prior year |
| Valuation date: | First day of plan year |
| Actuarial value of assets: | Onetime write-up to market value as of March 31, 1993 followed by restart of the present procedure thereafter. |
| Funding method: | Unit credit cost method, except retrospective term cost based on actual experience during the prior year for Line-of-Duty disability benefits. |
| Amortization period: | 20 years beginning April 1, 1993; 19 years as of April 1, 1994, etc. In years when there is a zero or negative unfunded actuarial accrued liability, the amount which is expected to produce a zero unfunded actuarial accrued liability at the end of the plan year. |

256

# APPENDIX K

## EXTENSION CHART

Salary Cap as Percentage of DGR

|  | 02 | 03 | 04 | 05 | 06 | 07 |
|---|---|---|---|---|---|---|
| If notice given (1) | 64 | 64.25 | 64.75 | 65 | 65 | U |
| If no notice given | 64 | 64.25 | 64.75 | 65.5 | 64.5 | U |

U = Uncapped

*Extension Agreement 1/8/02

(1) Notice may be given by either party.

# APPENDIX L

## OFF-SEASON WORKOUT RULES

The Collective Bargaining Agreement with the NFLPA provides that, except for certain specified mini-camps, any off-season workout programs or classroom instruction shall be *strictly* voluntary. No Club official shall indicate to a player that the Club's off-season workout program or classroom instruction is not voluntary (or that a player's failure to participate in a workout program or classroom instruction will result in the player's failure to make the Club). Off-season programs may take place for *fourteen* weeks between the end of the previous season and ten days prior to the start of veteran training camp. The CBA limits such workouts to four days per week; *such workout programs are not permitted on* weekends. Included in the *fourteen* weeks may be no more than fourteen days of organized team practice activity. This does not preclude any player from working out on his own on other days, including weekends. Contact work (e.g., "live" blocking, tackling, pass rushing, bump-and-run), is expressly prohibited in all off-season workouts.

Voluntary off-season workout programs are intended to provide training, teaching and physical conditioning for players. The intensity and tempo of drills should be at a level conducive to learning, with player safety as the highest priority, and not at a level where one player is in a physical contest with another player.

Teams are to provide their players and the Management Council the *schedule* for the program, including designation of any days on which organized team practice activity will take place, *pursuant to the rules set forth in Article XXXV of the CBA*, and any changes *to the schedule for the program*.

The following rules shall also apply to the fourteen days of organized team practice activity:

- No pads except protective knee or elbow pads. Helmets are permitted.
- No live contact; no live contact drills between offensive and defensive linemen.
- 7-on-7, 9-on-7 and 11-on-11 drills will be permitted, providing no live contact takes place.
- The NFL will monitor all Clubs during the off-season to ensure player safety and adherence to live contact guidelines.
- Maximum six hours per day, with a maximum two hours on field, for any player.

*\* Extension Agreement 1/8/02*

---

# APPENDIX M

# PSL EXAMPLES

Without limitation on any other example, the following are examples of the operation of the rules in Article XXIV (Guaranteed League-wide Salary, Salary Cap & Minimum Team Salary), Section 1(a), concerning Personal Seat Licenses (PSLs):

## 1. Subsection (x)(1) — Maximum Annual Allocation Amount

Year 1 (1996)   PSL revenues received = $ 45 million
Remaining life of PSL = 16 years
WSJ Treasury *Note* rate at 2/1/96 - 8%
Factor-Future Value of 8% annuity 15 years (maximum)
= 27.152 (annual compounding)
Future Value of $3 million/year for 15 years
= $3 million x 27.152 = $81.456 million
Interest Amount       = $81.456 million - $45 million
                      = $36.456 million

Year 1 Annual Interest Allocation
= $36.456 million/15 years = $2.43 million/year

Year 1 PSL Allocation Amount
= PSL Amount = $45 million/15 years = $3.00 million
+ Allocated Interest                 = $2.43 million
Total Year 1 Allocation              = $5.43 million

1996 PSL Maximum Annual Allocation Amount       = $5.43 million

---

Appendix M

**Year 2 (1997)**  PSL revenues received = $ 30 million
Remaining life of PSL = 15 years
WSJ Treasury *Note* rate at 2/1/97 - 7%
Factor-Future Value of 7% annuity 15 years = 25.129
(annual compounding)
Future Value of $2 million/year for 15 years
= $2m x 25.129      = $50.258 million
Interest Amount      = $50.258 million - $30 million
                       = $20.258 million

Year 2 Annual Interest Allocation
= $20.258 million/15 years = $1.35 million/year

Year 2 PSL Allocation Amount
= PSL Amount=$30 million/15 years  = $2.00 million
+ Allocation Interest             = $1.35 million
Total Year 2 Allocation          = $3.35 million

PSL Maximum Annual Allocation Amount
Year 1 PSL Allocation Amount     = $5.43 million
Year 2 PSL Allocation Amount     = $3.35 million
1997 PSL Maximum Annual Allocation Amount  = $8.78 million

260

**Year 3 (1998)**  PSL revenues received = $ 7 million
Remaining life of PSL = 14 years
WSJ Treasury *Note* rate at 2/1/98 - 7.5%
Factor-Future Value of 7.5% annuity 14 years = 23.366
Future Value of $.5 million/year for 14 years

| | |
|---|---|
| = $.5m x 23.366 | = $11.683 million |
| Interest Amount | = $11.683 million - $7 million |
| | = $ 4.683 million |

Year 3 Annual Interest Allocation
= $4.683 million/14 years = $.335 million/year

Year 3 PSL Allocation Amount

| | |
|---|---|
| = PSL Amount = $7 million/14 years | = $ .500 million |
| + Allocated Interest | = $ .335 million |
| Total Year 3 Allocation | = $ .835 million |

PSL Maximum Annual Allocation Amount

| | |
|---|---|
| Year 1 PSL Allocation Amount | = $5.430 million |
| Year 2 PSL Allocation Amount | = $3.350 million |
| Year 3 PSL Allocation Amount | = $ .835 million |
| 1998 PSL Maximum Annual Allocation Amount | = $9.615 million |

## 2. Subsection (x)(2) — PSL Revenues Used For Stadium Construction Or Renovation

Assume the Team sells PSLs on the following terms:

- Gross PSL revenues received in 1996 = $45 million
- Income taxes paid on PSL revenues in 1996 = $12 million
- Legal and marketing costs incurred relating to PSL revenues = $6 million
- Stadium renovation costs = $56 million

The PSL revenues included in DGR, subject to the rules in Subsections (x)(3) through (x)(7), would be $45 million.

Assume that only the net PSL revenues of $27 million were used in the renovation project ($45m - ($12m + 6m)) and the total stadium renovation costs were $30 million.

The PSL revenues excluded from DGR in this example would be limited to $27 million, subject to the rules in Subsections (x)(3) through (x)(7). The PSL Maximum Annual Allocation Amount, however, would be calculated based upon the gross revenues of $45 million.

### 3. Subsection (x)(2) — Maximum Exclusion Of PSL Revenues Each League Year

For purposes of this subsection, Excluded DGR spillover shall be calculated as follows for each Team:
- Assume that the new stadium's first full year of operation is 1998.
- Assume that the Team's Excluded DGR data is as follows:

|                | 1997       | 1998        |
|----------------|------------|-------------|
| Excluded DGR   | $5 million | $15 million |

If the League, as a whole, is in a spillover situation in 1998, then the increase in DGR due to spillover would be $10 million ($15 million - $5 million).

If the League is not in a spillover situation in 1998, the increase in DGR due to spillover would be zero.

### 4. Subsection (x)(3) — PSL Difference Credited To DGR

a. Assume that the new stadium is placed in service in June 1998.

1998 increase in DGR directly related to new stadium:
- Increase in gate receipts          $6 million
- Increase in DGR spill-over         $2 million
- Total DGR increase          $8 million

Cumulative PSL Difference:

| Year | PSL Maximum Annual Allocation Amount | First Year DGR Increase | PSL Difference |
|------|--------------------------------------|-------------------------|----------------|
| 1996 | $5.430 million | $8 million (assumed) | 0 |
| 1997 | $8.780 million | $8 million (assumed) | $.780 million |
| 1998 | $9.615 million | $8 million | $1.615 million |
| Cumulative PSL Difference | | | $2.395 million |

For purposes of computing the PSL Difference, we assume that the increase in DGR was the same for 1996 and 1997 (years prior to the first full year the new stadium was placed into service) as it is in the first full year in the new stadium was placed into service ($8 million).

$2.395 million would be credited into DGR in the 1999 League Year.

b. Assume that the new stadium is placed in service in June 1998.

1998 increase in DGR directly related to new stadium:
- Increase in gate receipts     $ 9 million
- Increase in DGR spill over     <u>$16 million</u>
  Total DGR increase     $25 million

Cumulative PSL Difference:

| Year | PSL Maximum Annual Allocation Amount | First Year DGR Increase | PSL Difference |
|---|---|---|---|
| 1996 | $5.430 million | $25 million (assumed) | 0 |
| 1997 | $8.780 million | $25 million (assumed) | 0 |
| 1998 | $9.615 million | $25 million | <u>0</u> |
| Cumulative PSL Difference | | | 0 |

**Since the increase in DGR in the first full year is greater than the PSL Maximum Annual Allocation Amount for each prior year in which such Allocation Amount was used, then there is no PSL Difference in any prior year.**

No amount would be credited into DGR in the 1999 League Year.

## 5. Subsection (x)(5) Carryover PSL Credit

Assume the following:
- New Stadium is placed in service in June 1998.
- 1999 - 2002 Maximum Annual Allocation Amount is $9.615 million.
- Increases in DGR directly related to New Stadium are as follows:
  | 1999 | $ 8 million |
  |---|---|
  | 2000 | $ 9 million |
  | 2001 | $14 million |

The Carryover PSL credits are calculated as follows:

| 1999 | $9.615m - $8m = $1.615m |
|---|---|
| 2000 | $9.615m - $9m = $ .615m |
| 2001 | (No carryover PSL credits) |

Under this scenario, year 2001 has a PSL Excess of $4.385 million ($14m-$9.615m). The Carryover <u>PSL</u> credits of $2.230 million from 1999 and 2000 ($1.615m + $.615m) can be deducted in full from DGR in League Year 2001. There would be no remaining Carryover PSL credits to deduct from DGR in future League years.

### 6. Subsection (x)(6)  Reduction In Premium Seat And Luxury Box Expenses

Assume that $80 million in PSL revenues are used to fund the New Stadium which has a total construction cost of $200 million. If the annual expenses relating to luxury boxes and premium seats are $5 million, the reduction in such expenses would be $2 million, computed as follows: $5 million x ($80 million/$200 million) = $2 million.

### 7. PSL Revenues Not Benefitting The Team Or Any Team Affiliate Except Through A New Or Improved Stadium

In any case where:

(i)    PSLs are sold by a Team or by a third party (such as a stadium corporation, a nonprofit private sector entity, or a governmental entity) pursuant to Team authorization; and

(ii)   all net proceeds of such PSL sale are used to build a new stadium or construct improvements to an existing stadium in which the Team will play upon completion, or is then playing and will continue to play (net proceeds are all gross proceeds net of (a) taxes and (b) expenses (e.g., legal costs, marketing expenses, or securities registration fees) if such taxes and expenses are directly incurred as the result of the PSL sale, and do not benefit the Team or any of its affiliates, either directly or indirectly, other than through the stadium construction or improvements paid by the PSL revenues); and

(iii) such new or improved stadium is owned by a party not affiliated with the Team, such as a governmental entity or a private sector for-profit or nonprofit entity; and

(iv) the Team (and all Team affiliates) have only a leasehold interest, and no reversionary interest in the stadium (that is, if the Team or any Team affiliate wishes to acquire any title to the stadium, it must do so in a separately negotiated arms'-length transaction); and

(v)   neither the Team nor any of its affiliates receives any payments, long-term loans, forgiveness of indebtedness, or other consideration from the Stadium landlord or any of its affiliates, other than payments that are due to the Team pursuant to its lease as consideration for its performance of its obligations under the lease, or are reimbursements for expenses incurred by the Team solely in performing its obligations under the lease;

<u>then</u>, because the Team and its affiliates do not receive any net benefit arising out of the sale of PSLs other than through the stadium construction or improvements paid by the PSL revenues (all PSL revenues being spent on third-party costs and charges directly incurred as a result of the PSL sale, or on stadium construction or improvements), none of the proceeds received from the sale of the PSLs would be included in DGR or Excluded DGR. Each of Example Nos. 1 through 6 above assumes that, for one or more reasons, the example does not qualify for the foregoing treatment.

Nothing in the foregoing shall provide any basis to argue that any amounts other than the PSL proceeds, including but not limited to any expense payments, may be treated as DGR, Excluded DGR, or non-DGR under this Agreement. Moreover, the Special Master or the Court would have the authority to examine any transaction involving the Club or any of its affiliates and the Stadium landlord or any of its affiliates, to determine if such transaction transfers, in whole or in part, some or all of the economic benefit of any PSL revenues to the Club or any of its affiliates, and any such transferred economic benefits shall be treated as DGR or Excluded DGR, as appropriate.

NOTE: Premium seat revenues (non-shared amounts) discussed in Subsections (xi)(1) through (xi)(6) call for calculations quite similar to those discussed in Example Nos. 1 through 6 above in calculating "Premium Seat Differences," "Carryover Premium Seat Credits," "Premium Seat Excesses," and "Reductions in Expenses Related to Premium Seats and Luxury Boxes."

*Extension Agreement 1/8/02*

# APPENDIX N

## WRITTEN WARNING
## GOOD FAITH EFFORT

[date]

Dear [player]:

The Club hereby provides you with written notice that you are failing to exhibit the level of good faith effort which can be reasonably expected from players on this Club. If you do not demonstrate the good faith effort which can be reasonably expected from players on this Club, you will not be entitled to Termination Pay under Article XXIII of the Collective Bargaining Agreement if you are terminated before the end of this season.

[Club Official]

[Club name]

266

# APPENDIX O

## CALCULATION EXAMPLE

*If 2005 Salary Cap:*     *$81.7 million*

*If 2006 Projected DGR, after DGR adjustments (including the shift of $342 million in television rights fees, plus interest, to 2006), equals $140 million per club:*

*65% = $91 million*
*70% = $98 million*

*less assumed Projected Benefits/salary cap deductions of $19 million per club:*

*65% cap = $72 million*
*70% max = $79 million*

*then, pursuant to Article XXIV, § 4(b)(i), the Salary Cap for 2006 is $79 million*

*\*Extension Agreement 1/8/02*

# INDEX

**0 – 9**
25% Rule, 53, 134-135
30% Rule, 54, 134-135
70% Rule, 96

**A**
Acceleration, 72, 102-103, 180; *see also Signing Bonus.*
Access to Personnel and Medical Records, 193
Accrued Season, 6, 11, 47-48, 57-58, 59, 67, 73-74, 98, 151, 163, 166,
    177, 222
    definition, 5
    franchise player, 70-72
    restricted free agent, 60-62
Active
    List, 5, 46, 48, 53, 55, 57, 76, 85, 88, 98-99, 162, 165-167, 175,
        177, 179, 186, 188-189
    Player, 13, 165, 211, 236, 255
Active/Inactive List, 46, 48, 53, 55, 88, 99, 166-167, 175, 179
Actual DGR, *see DGR.*
Additional Compensation, 176-177, 178, 180-182, 233, 242;
    *see also Bonus; Incentives.*
Advisory Committee, *see Committee.*
Agent Certification, *see NFLPA.*
Agent Regulation, *see NFLPA.*
Agreement
    definition, 4
    effective date, 224
    expiration date, 224
    governing, 9
    ratification, 225
    scope of, 10
    settlement, 4, 9, 11, 12, 39-40, 43, 68, 76, 82, 88, 100, 102, 105,
        136, 137, 152, 160, 212, 223, 225, 238
    termination of, 46, 146, 156, 209-210, 223, 224-225
    termination prior to expiration date, 224
    undisclosed, between player and club,
Alcohol Abuse, *see Players' Right to Medical Care and Treatment.*
Answer
    injury grievance, 27; *see also Injury Grievance.*
    non-injury grievance, 22; *see also Non-Injury Grievance.*

Anti-Collusion, 69, 146-147, 151-156, 157-158, 224-225, 238
    burden of proof, 152-153
    computation of damages, 154
    costs, 155
    disclosures, League, 152
    discretion, 152
    effect on computations, 155
    enforcement of provisions, 152
    other Club conduct, 151-152
    payment of damages, 155
    player election, violation proven, 154-155
    prior conference, before filing claim, 156
    prohibited conduct, 151
    reimbursement, 155
    remedies, 153-154
    summary judgment, 153
    termination of Agreement, 156
    time limits, 156
Appeal, 17, 22-23, 29, 151, 153, 224-225
    value of NFL Films and Properties revenues, for DGR purposes, 87, 92
    Commissioner discipline, 33-34
    injury grievance, 29
    NFL player contract, disapproval of, 43-44
    non-injury grievance, 22-23
Appendix
    A, check off authorization for National Football League Players Association deductions, 228-229
    B, injury protection, early waiver, 35-36, 230
    C, NFL player contract, 40, 45, 231-239
    D, first refusal offer sheet, 64, 240
    E, first refusal exercise notice, 64, 241
    F, waiver of free agent rights, 68, 242
    G, notice of termination, 83-84, 243
    H, accountants' review procedures, 138, 244-249
    I, standard minimum preseason physical examination, 252-253
    J, actuarial assumptions and actuarial cost method, 199, 255-256
    K, extension chart, 257
    L, off-season workout rules, 168-171, 258
    M, PSL examples, 259-264
    N, written warning good faith effort, 85, 266
    O, calculation example, 267
Appointment of Special Master, *see Special Master.*

Index

Arbitration, 10, 11, 13, 23, 26, 29, 31, 67, 149, 170, 176, 196, 217,
    235, 237
    expedited hearing, 176, 197, 215
Arbitration Panel
    injury grievance, 29
    non-injury grievance, 23
Arbitrator,
    Benefit, 196-197, 214-215
    Chairman, 29-30
    decision, 14, 23, 25-26, 30-31, 37-38, 67
    decision in committees, 37
    extreme personal hardship, 47, 57, 59, 63, 79
    Impartial, 4, 11, 22, 47, 57, 59, 63, 67, 74-75, 77, 78, 79, 94, 100,
        106, 131, 133, 149-150, 176, 177
    Injury, 27-32
    injury grievance procedure, 235
    Non-Injury, 22-26
    non-injury grievance procedure, 26
    notice, 22-24, 214
    Senior, 23, 29
Assigned Via Waivers, see Waiver System.
Assignee Club, see Awarding Club.
Assignor Club, see Waiving Club.
Awarding Club, see Waiver System.


B
Benefits, 6-7, 9, 88, 93-97, 137-139, 141, 162, 165, 194-197, 199-201,
    205, 207-210, 213-217, 224, 233, 235-236, 244, 247, 256, 265
    definition, 6-7, 93
    guaranteed benefits, workers compensation, 217-218, 234-235
    injury protection, 35-36, 93, 195, 230
    minimum salary, 94, 178-182, 196
    player benefit, 6, 93, 141, 155, 179, 194-198, 209
    projected, 7, 141
    retention of, 216
Benefit Arbitrator, 214-215
    authority, 214
    compensation, 214
    role, 214-215
    selection, 214
Benefit Credits, 199
Bert Bell Plan, 186, 201; see also Bert Bell/Pete Rozelle NFL Player Retire-
    ment Plan; Merged Plan; Pete Rozelle NFL Player Retirement Plan; Retire-
    ment Plans.
Bert Bell/Pete Rozelle NFL Player Retirement Plan, see Merged Plan.

Case 3:07-cv-00002    Document 12    Filed 01/31/2007    Page 27 of 61

Binding Effect, Agreement on Parties, 220
Bonus
 completion, 104-105, 122
 contract modification, 103
 credit, for signing bonuses refunded, 105
 expansion, 99
 extension, 102, 136
 incentive, 82, 106, 122-128, 136, 176
 option years, 103
 performance, 6, 45, 59, 71, 78, 106, 125-126, 233
 relocation, 105, 162
 reporting, 5-6, 59, 71, 82, 101, 103-104, 106, 121, 176
 roster, 40, 65, 101, 103-104, 109, 128, 240
 salary, 15
 signing, 54, 59, 65, 72, 81-82, 97, 100-105, 131, 134-136, 180, 240,
  247
 team performance, 106, 123-126, 129, 133
 weight, 106
 workout, 104, 181
Buyout Clauses, *see Signing Bonus.*

C
Calculations , 51-53, 86-141, 175, 177, 179, 183, 205, 240, 261-265,
 267
 anti-collusion damages, 154-155
 credited season, for minimum salary, 175
 DGR, 86-94
 entering player pool, 51-53
 EDGR, 86-94
 minimum salary benefit, 179
 performance-based pool payment, 183
 team salary, 98
Canadian Football League (CFL), *see CFL Rule.*
Canton Hall of Fame Game, 164, 173
Capped Year, 6-7, 51, 59, 60, 64, 96-97, 100-101, 104, 105, 126, 128,
 130, 134, 138
 definition, 6-7; see also Final Capped Year; Salary Cap.
Career-ending Injury, *see Injury.*
Career Planning Program, 15, 220; *see also Tuition Assistance Program.*
Carryover PSL Credit, *see PSL.*
CBA, 1, 11, 15, 42, 43, 44, 53, 55, 68, 76, 77, 82, 103, 104, 105, 132,
 223, 245
 expiration, 223
Certification 144, 146, 208
 agent, 15, 17-18

Index

    contract, by club, player and agent, 157-159
    end of League Year, 157-158
    failure to execute and submit, 157
    false, 146, 158-159
CFL Rule, 163
Check-Off Authorization, NFLPA Dues, *see Union Security.*
Chemical Dependency Program, *see Union Security; see also Players' Right*
    *to Medical Care and Treatment.*
Circumvention, Salary Cap and DGR, 131, 142, 144
Claiming Club, *see Waiver System.*
Class Counsel, 54, 56, 87, 134, 151, 194, 225, 250, 251
    definition, 4
Club 5
    definition, 4
    discretion, 152
    expansion, 140, 162
    *See Team; Member.*
Club Affiliate, 4
    definition, 4
Club Discipline, 20-21, 25
    deduction, 21
    disputes, 21
    maximum discipline, fines, 20
    published fines list, 21
    uniformity, 21
Club Physician, *see Physician.*
Collective Bargaining Agreement, *see CBA.*
College Draft, 3, 11, 40, 46-50, 51-53, 67, 151, 154, 162, 224
    annual, 46
    assignment of draft rights, 48
    compensatory draft selections, 46, 49, 51, 78
    definition, 5
    drafted rookie, 5, 46, 47, 48, 52, 53, 55, 153, 154
    initial, 47
    next annual, 47
    no subsequent, 49
    notice of player signing, 49
    number of choices, 46
    other professional teams, 47
    required tender, drafted rookie, 46
    returning to college, drafted rookie, 48
    signing, drafted rookie, 46-47
    subsequent, 48-49
    supplemental, 53
    time of draft, 46

undrafted rookies, 6, 49, 51, 55, 99, 151
workouts, draft eligible players, 49-50
see also Compensatory Draft; Draft Choice Compensation; Draft Rights;
    Rookie.
College Players Returning to College, see College Draft.
Collusion, see Anti-Collusion.
Commissioner, 100, 101, 151, 159, 192, 220, 236
    approval of contracts, 142-143, 157
    committees' recommendations to, 37
    definition, 4
    disapproval, 43, 142
    fines, 33
    see also Commissioner Discipline.
Commissioner Discipline, 21, 33-34
    fines, 144, 170-171, 234, 236
    hearing costs, 34
    league discipline, 33
    one penalty, 34
    representation, during hearing, 33-34
    supercedes team discipline, 21
    time limits, 33
    see also Commissioner.
Committees, 25, 37-38
    advisory, 192
    and the Commissioner, 37
    competition, 38
    grievance settlement, 26
    joint , player safety and welfare, 37-38, 217
    player/club operations (operations), 38, 168
Compensation, 4, 5, 7, 37, 43, 44, 48, 49, 57, 82, 83, 94, 132, 143,
    144, 147, 149, 163-164, 176, 177, 178, 180-182, 188, 190, 206,
    214, 217-218, 219, 233, 236, 240, 242
    additional, 176, 178, 180-182, 233, 242
    deduction, 219
    deferred, 43, 65, 176, 206, 240
    draft choice, 5, 6, 48-49, 57, 59-60, 62-65, 69, 70-71, 73, 74, 79,
        83, 166
    guaranteed, 177, 180
    non-guaranteed, 180
    other, 83, 176
    players, 245
    post season, 188-189
    Pro-Bowl, 190
    Special Master, 147
    see also Bonus; Incentive; Salary.

Index

Compensatory
    damages, 154-155
    picks, additional, 162
Compensatory Draft, 11
    selection, 5, 46, 49, 51-52, 78
    *see also College Draft.*
Competition Committee, *see Committees.*
Completion Bonus, *see Bonus.*
Computation of Anti-Collusion Damages, *see Anti-Collusion; see also Calculations.*
Computation of a Team's Salary, *see Team Salary; see also Calculations.*
Conduct, 11, 13, 17, 20, 33, 34, 39
    other club, 151
    prohibited, 49, 151
Conformity in NFL Player Contract, 40
Consideration Between Clubs, 66
Consultation and Information Sharing, 151, 157, 160-161
consultation and communication, 161
copies, 161
    meetings, 161
    neutral verifier, player contracts offers, 160-161, 238
    notice of invalid contract, 160
    salary summaries, 160
Contact
    during off season workouts, 169, 258
    during mini camp, 172
Contacting Players on Waivers, 83 *see Waiver System.*
Contingency Clause, 102
Contract
    certification, 157
    deferred, 177
    guaranteed, 130, 177
    mid-season, 134
    multi-year, 75, 178, 180
    player, 4-7, 9, 11, 17, 22, 27, 39-45, 51-55, 57, 59-83, 85-86, 93-94,
        98-105, 123, 125-127, 129-130, 132-137, 142-143, 151-153,
        155, 157-158, 160-163, 166, 169, 176-178, 181-182, 190, 196,
        218, 223, 231-239
    qualifying, 178-181
    renegotiation and extensions, 55, 59, 71, 73, 75, 101, 104, 105, 135-
        137
    rookie, and playtime requirements, 54, 125
    split, 177
    tolled, 14, 163, 236
    traded, 133

Contributions to Retirement Plan, *see Retirement Plan*.
Copies, 22-23, 27, 32, 38, 67, 69, 161, 170, 177, 211
    contracts, 239
    medical records, 193
    personnel records, 193
Costs, 7, 90, 91, 95, 147, 149, 155, 161, 186, 191, 247
    insurance coverage, 93
    Commissioner discipline, 34
    injury grievance, 30
    non-injury grievance 24
    player benefit, 6, 93, 141, 194-198, 209-210
    postponement, 24, 30
    rookie orientation programs, 56
    transcription, 26
    (non-injury grievance); *see also Expenses*.
Covered League Years, Entering Player Pool, 51; *see also Entering Player Pool; League Years*.
Credited, 253
    season, 47-48, 175, 178-179, 181, 199-205, 207-208, 211
    service, 31, 83, 85, 173, 189

**D**
Days Off, 185
Deceased Players, 209
Deferred, 43, 65, 176, 200, 206, 240
    bonuses, 101, 137
    contracts, 177
    salary, 72, 97, 99, 176
Defined Gross Revenues (DGR), *see DGR; see also EDGR; Non- DGR*.
Definitions
    accrued season, 5
    agreement, 4
    benefits, 6
    Class Counsel, 4
    club affiliate (team affiliate), 4
    club/team/member, 4
    Commissioner, 4
    compensatory draft selection, 5
    draft (college draft), 5
    draft choice compensation, 5
    drafted rookie, 5
    final eight plan, 5
    free agent, 5
    Impartial Arbitrator, 4
    league year, 4

Index

    minimum active/inactive list salary, 5
    minimum salary, 5
    minimum team salary, 7
    negotiation, 5
    new club, 5
    NFL player contract, 4
    NFL rules, 4
    paragraph 5 salary, 7
    player affiliate, 4
    player benefit costs/ benefits, 6
    player contract, 5, 7
    player costs, 7
    prior club, 5
    prior year salary, 5-6
    renegotiate, 6
    rookie, 6
    room, 7
    salary, 4
    settlement agreement (stipulation and settlement agreement), 4
    undrafted rookie, 6
Delivery of Documents, by Management Council and NFLPA, 220
Dental Insurance, *see Group Insurance.*
"Deion Rule", *see Signing Bonus.*
Developmental Squad, *see Practice Squad.*
DGR, 9, 51, 62, 68, 82, 86-93, 96-97, 137-141, 144-145, 147, 154,
    160, 244-247, 248-249, 257, 261-263, 265, 267
    definition, 86
    elements, DGR, 86-93
    elements, EDGR, 87-92
    elements, non-DGR, 87
    formulas, 87-88
    report(ing), 137-139, 245
    *see also EDGR; Non-DGR; Projected DGR.*
Disability
    classification rules for total and permanent, 200
    definition, 200; *see also Injury; Supplemental Disability Benefits.*
Disagreements Resolved by Benefit Arbitrator, 196-197, 214 (XLVI-LI)
Discipline,
    club, 20-21, 25
    Commissioner, 21, 33-34, 170-171, 234, 236
    imposed uniformly, 21
    list, 21
    reasons for, 20
Disclosure of Pre-Existing Condition, 27, 29, 234

Discovery,
    Impartial Arbitrator proceedings, 149
    non-injury grievance, 23
    Special Master proceedings, 147, 153
Discrimination, *see Player Security.*
Dispute, 10, 13, 14, 21, 22, 23, 26, 30, 33, 35, 67, 75, 77, 78, 87, 106,
    139, 141, 143, 145, 146, 147, 149, 156, 170, 177, 196, 215, 225,
    235, 237
    career-ending injury, 75-78
    club discipline, 21
    injury protection, 35-36
    resolution, 141, 196, 215
    union security, 13
Disputed Adjustments, 139
Distributions of Performance Based Pool Funds, 183, *see Performance-Based Pool.*
Draft, *see College Draft.*
Draft Choice Compensation, 6, 48-49, 57, 59, 60, 62-65, 69-71, 73-74,
    79, 83, 166
definition, 5
    Franchise and Transition Players, 71-74
    Veteran Free Agency, 6, 57, 59-65
Drafted Player, *see College Draft.*
Draft Rights, 5
    assignment, 48
    of clubs, 153
Draft Selection, *see College Draft.*
Drug Use and Abuse, *see Players' Right to Medical Care and Treatment.*
Duration of Agreement, *see Agreement.*

E
EDGR, 9, 87-92, 137-138, 144, 244, 248, 262, 265; *see also Defined
    Gross Revenues; Non-DGR; Projected DGR..*
Effect
    Impartial Arbitrator ruling, 149
    salary cap, 155
End of League Year Certification, 157-158
Endorsements, Player, 219
Enforcement, Anti Collusion Provisions, 152, *see Anti Collusion.*
Enforcement of Salary Cap and Entering Player Pool, 75, 136, 137, 157-
    159
    circumvention, 142
    Commissioner disapproval, 142
    DGR circumvention, 144-145
    management council audit rights, 145

    prior consultation, resolution of dispute, 145
    sanctions, players, agents and club personnel, 143-144
    Special Master, action and review, 142-143
    undisclosed terms, in player contracts, 142
Entering Player Pool, 7, 43, 46-48, 51-56
    adjustment, 162
    calculation, 51-53
    covered league years, 51
    definition, 51
    formula allotment, 51-54
    incentives, 121
    operation, 53-55
    removal of entering player pool, 51
    rookie allocation, 52
Excluded DGR, 9, 87-92, 137-138, 144, 244, 248, 262, 265; *see also De-fined Gross Revenues; Non-DGR; Projected DGR..*
Exclusive Representation and NFLPA Agent Certification, *see NFLPA.*
Exempt Commissioner Permission List, 84, 175; *see also Commissioner.*
Expansion
    additional compensatory picks, 162
    bonuses, 99
    entering player pool adjustment, 162
    relocation bonus, 105, 162
    veteran allocation, 162
Expedited Arbitration, *see Arbitration.*
Expenses, 37, 86, 90, 138, 139, 199, 203, 205, 208, 213
    benefit arbitration, 214-215
    club's prepaid contributions to the Annuity Program, 204-205
    copies, 161
    player, during minicamp, 172
    injury grievance, 31
    joint committee, 37
    medical, 31, 208
    moving and travel, 93, 186-187, 195
    neutral physician, 31
    neutral verifier, 161
    non-injury grievance(costs), 26
    rookie orientation program, 56
    security, 96
    witnesses, 31
Extended Post Career Insurance, 197, 209
    financing, 210
    limitations and rules, 209-210, see Group Insurance.
Extended Post-Career Medical and Dental Insurance Benefits, *see Group Insurance.*

Extension Date in Savings Plan, *see Second Career Savings Plan.*
Extension of Agreement, *see Agreement.*

**F**
Failure to Disclose Pre-Existing Conditions, *see Special Defense.*
False Certification, 146, 158
Fees, 15, 26, 87, 90, 93, 139, 147, 149, 155, 196, 207, 228, 264
    benefit arbitration (arbitrator), 214
    postponement, injury grievance hearing, 30
    postponement, non-injury grievance hearing, 24
Filing, 43, 237
    injury grievance, 27, 29, 31
    non-injury grievance, 22-23
Final Capped Year, 96, 100, 104-105, 126, 128, 130, 134, 138
    definition, 7
Final Eight Plan, 11, 81-82, 136
    definition, 5
    increases, 82
    next four teams, 81
    replacement of free agents signed by other club, 81-82
    salary definition, 82
    top four teams, 81
    trade limitation, 82
Final League Years, 95, 134, 180, 199, 222, 224
    definition, 7; *see also League Years.*
Final Special Purpose Letter, *see Special Purpose Letter.*
Fines, 86, 144, 146, 154-155
    club, 21
    Commissioner, 33
    rookie symposium, 15-16
    Special Masters, 143-144
    uncertified agents, 17
First Refusal Exercise Notice, 65, 67-69, 241
First Refusal Procedure, 64
First Refusal Rights, 48-49, 57, 73, 80, 166
    veteran free agency, 59-60, 63
First Year Premium Seat Increase, 85; *see also PSL.*
Formula Allotment, *see Rookie Allocation; see also Entering Player Pool.*
Franchise Player, 64, 67, 70, 82, 98, 151, 157, 163
    designation, 71
    designation period, 77
    duration of designation, 75-77
    lists, 74
    other terms, 78
    required tender, 71-72

Index

    salary information, 74-75
    signing period, 79-80
Free Agency, 5-6, 20, 59-69, 153, 163-164, 222, 224
Free Agent, 5, 47,
    restricted free agent, 6, 48, 60, 62-70, 72, 74, 77, 152-153, 158, 163
    rookie, 46, 48-49
    unrestricted free agent, 6, 20, 42, 46, 59, 60, 62, 67-73, 77, 80-83,
        98, 152-153, 158, 163, 220, 222; *see also Free Agency.*
Free Agent List, 69; *see also Free Agency; Free Agent.*
Funding Of Deferred And Guaranteed Contracts, 177, *see also Salaries.*

**G**
Good Faith, 58, 60, 62, 71, 85, 86, 170, 205, 234
    effort, 23, 32, 266
    negotiation, 10, 44, 93, 176
Governing Agreement, 9
    conflicts, 9
    implementation, 9
    management rights, 9
    rounding, 9
    *see also Agreement.*
Governing Law, 226
Grievance, 7; *see also Injury Grievance; Non-Injury Grievance; Salary.*
Grievance Settlement Committee, 26; *see also Injury Grievance; Non-Injury*
    *Grievance; Salary.*
Group Insurance, 93, 195
    administration, 210
    dental insurance, 208
        annual deductible, 208
        coverage, 208
    extended post-career medical and dental insurance, 209-210
    family medical and dental coverage for deceased player, 209
    group insurance benefits, 208
    life insurance, 208
    limitations and rules for extended insurance, 210
    medical, 208
        annual deductible, 208
        insurance co-payment, 208
        prescription drug co-payment, 208
        maximum lifetime benefits paid on covered individuals, 208
    *see also Players' Right to Medical Care and Treatment; Retention of Benefits;*
        *Supplemental Disability Benefits.*
Guaranteed Contracts, *see Contracts.*

Guaranteed League-Wide Salary, Salary Cap, & Minimum Team Salary, 7, 51, 82, 224
  30% Rules, 134-135
  accounting procedures, 137-138
  computation of team salary, 98
  definitions, 86-93
    benefits, player benefit costs, 93-94
    defined gross revenues, 86-93
    salary, 94
Guaranteed League-Wide Salary, Salary Cap, & Minimum Team Salary
  guaranteed league-wide salary, 94-95
  renegotiations and extensions, 135-136
  salary cap amounts, 95
    adjustments, 95-96
    calculation, 97-100
  team salary, 97-100
  trigger, 94
  valuation of player contracts, 99-135
  see also Contracts; DGR; EDGR; Non-DGR; Salary Cap; Team Salary.

**H**

Hearings, 23, 31, 37-38, 139, 146, 176, 200, 215, 236
  benefits, 196-197
  injury grievance, 29-32
  league discipline, 33-34
  non-injury grievance, 23-26
  prehearing briefs, 23
  transcribing of, 24, 30, 34

**I**

Impartial Arbitrator, 11, 22, 47, 63, 67, 74, 75, 77, 78, 79, 100, 106, 131, 133, 146
  compensation, 149
  definition, 4
  discovery, 149
  effect of rulings, 149
  personal hardship determination, 47, 57
  procedures, 149
  scope of authority, 149
  selection, 150
  term, 150
Inactive List, 5, 9, 46-48, 53, 55, 57, 88, 99, 162, 165-167, 175, 177, 179, 188-189; see also Active List; Active/Inactive List.

Index

Incentive, 40
        additional incentive rules for veterans, rookies, individuals and teams,
                128, 176, 178, 190
        based on another player's performance, 126, 128
        based on club performance, 110, 126
        bonus, 82
        bonus, for rookies, 110, 126
        clause, 126, 130-131, 190
        entering player pool, 126
        honors and recognized media, 122
        individual, 110, 126
        likely to be earned, 106, 110-120
        performance, 129
        per play/game, 126-128
        rookie "likely to be earned", 110-120
        team, 125-126
        team performance-related, 125, 133
        veteran, 129
        see also Bonus; Signing Bonus.
Increases in Salary, Final Eight Plan, 82
Index, 268
Individual Incentives, see Incentive.
Individually Negotiated Limitations on Player Movement, Veteran Free
        Agency, 69
Ineligible to Compete, Club Breach of Waiver Procedures, 83; see also
        Waiver System.
Initial Draft, see College Draft.
Initial Special Purpose Letter, see Special Purpose Letter.
Initiation; see also Fees.
Injured Reserve, see Injury.
Injured Reserve List; see also Active/Inactive List; Injury.
Injury
        career-ending, 75, 77, 78
        during minicamps, 172
        during pro bowl game, 190
        guarantee provision, 177
        non-football (N-F/I), 163, 169, 175
        non-injury circumstances, 75, 77-78
        payment of salary, PUP, 57, 163, 175, 209
        player, 31, 39, 155, 173, 185
        protection, 35-36, 93, 195, 230
        reserve, 74, 207, 209
        settlement, 31, 97

Injury Grievance, 27-32, 71, 235
    answer, 27-28
    appeal, 29
    definition, 27
    discovery, 32
    expenses, 31
    filing, 27
    hearing, 29-30
    information exchange, 32
    neutral physician, 28
    payment, 31
    pension credit, 31
    playoff money, 32
    post-hearing briefs, 30
    presumption of fitness, 31
    special defense, 27-28
Injury Protection, 35, 93, 195, 230
    benefit, 35
    disputes, 35-36
    qualification, 35
Insurance Benefits for Retired/Terminated Players, 208-210, *see Group Insurance.*
Insurance Coverage, 208-210, *see Group Insurance,*
Insurance Programs, 208-210, *see Group Insurance.*

**J**
Joint Committee, 37-38, 217, *see Joint Committee on Player Safety and Welfare*
Joint Committee on Player Safety and Welfare, 37-38
    arbitrator's advisory decision, 37-38
    changing playing rules, 37-38
    inadequate medical care, 38
June 1st Rule, *102, 105, see Acceleration.*
June 1st Tender, 59, 60, 63, 82, 98, *see Tender.,*
June 15th Tender, 63, 98, *see Tender.*

**L**
Labor Exemption, 223-224
League
    discipline, 33
    disclosures, 152
    -wide benefit pool, 179; *see also Minimum Salary Benefit*
League Security, 220

Index

League Years, 4-7, 15, 20-21, 35, 39-41, 44, 46-49, 51-60, 62-65, 68,
    70-84, 86, 89-102, 104-106, 120, 132-141, 144-145, 154-155, 157-
    158, 160-161, 166, 169, 171-173, 175, 178-184, 186-187, 194-196,
    199, 207-208, 210-211, 216, 224-225, 244, 250-251, 262-263
    definition, 4
    final, 7, 222
Life Insurance, 208, *see Group Insurance*
Likely to be Earned, 54, 56, 66, 82, 103, 106, 110-120, 122-129, 133-
    136, 240; *see also Bonus; Incentives.*
List
    active, 5, 85, 98, 162, 165-166, 177, 186, 188-189
    active/inactive, 5, 9, 46, 48, 53, 55, 57, 88, 99, 162, 166, 167, 175,
        179
    active/inactive limit, 76, 165
    discipline, published, 21
    exempt Commissioner permission, 84, 175
    franchise and transition player, 74
    free agent, 69
    inactive, 5, 162, 165-166, 177, 188-189
    injured reserve, 32, 84, 162, 169, 175, 188, 209
    non-active/inactive, 5, 162, 165-166, 177, 188-189
    reserved/non-football injury or illness, 162, 163, 169, 175
    size active and inactive limit, 76, 164, 165
    size inactive, 164
Loans, to players, 4, 6-7, 59, 71, 94, 131, 240, 245-248, 264
LTBE, *see Likely To Be Earned* , 178, 182

**M**
Maintenance of Retirement Plans, 199; *see also Merged Plan.*
Management Council, 1, 3-4, 9-11, 14, 19, 22-24, 27-30, 34, 37-42, 54,
    96, 105, 134, 140, 144-145, 152, 157-158, 168, 170, 176-177, 183,
    194, 210, 214, 219-220, 225, 227-228, 239, 244-246, 250, 251,
    258
Matching Contributions to Savings Plan, 202-203, *see Second Career Sav-
    ings Plan*
Maximum Annual Allocation Amount, 89-90, 259-261, 263, *see PSL.*,
Maximum Discipline, 20, *see Club Discipline.*
Meal Allowance, 93, 172, 184, 190, 195
Measuring Date, 40
Medical Care, 191-192, *see Player's Right to Medical Care and Treatment.*,
Member, 3, 4, 11, 13-14, 23-24, 26, 29-30, 37-39, 44, 84, 166, 186,
    192, 214, 217, 220-221, 223, 225, 228-229, 231-232, 236, 238-
    239, 241, 244, 250-251, *see Club; Team.*
Merged Plan, 199
Mid-Season Contracts, *see Contracts.*, 134

284

Minicamps, 168, 172
    contact, 172
    expenses, 172
    injuries, 172
    length, 172
    number, 172
Minimum
    active/inactive list salaries, 9, 88, 175
    contributions to savings plan, 202-203
    paragraph 5 salaries, 178, 180
    pre-season physical, 191
    salary, 5, 54, 94, 166, 175, 178, 180-181
    split qualifying salary, 178-179
    team salary, 4, 7, 8, 11, 32, 41, 51, 68, 82, 86-140
    tender, 72-73
Minimum Salary Benefit, 94, 178-182
    calculation, 179
    guarantees, 180
    league-wide cash treatment, 179
    league-wide salary cap treatment, 179
    payments, salary, 178-179
    player moving to new club, 179
    player returning to old club, 180
    player with expired contract, 180
    qualifying contracts, 178
    qualifying players, 178
    reduced salary cap count, 179
    terminated qualifying players, 179
    transition rules, 178
Moving and Travel Expenses, 93, 186-187, 195
    moving, 186
    qualifications for, 186
    transportation, 187
    travel and housing, 186-187
Mutual Reservation of Rights: Labor Exemption, 223
    CBA expiration, 223
    labor exemption, 223

N
N-F/I, *see Injury.*
National Football League Players' Association, *see NFLPA.*
National Football League Management Council, *see Management Council.*
National Football League, *see NFL.*

Index

Negotiation, 3, 10, 11, 17, 44, 63, 67, 93, 177, 218, 238
    definition, 5
    unrestricted free agent, 6, 59
    of agreement,
Neutral Physician, *see Physician.*
Neutral Verifier, for Player Contracts Offers,
New Club, 157, 160-161, 238
    definition, 5
Next Annual Draft, *see Draft.*
NFL
    address, 69, 227
    annual meeting, 37-38
    attractions, 87
    constitution and by-laws, 9-11, 15, 171
    Enterprises, 87
    Films, 87
    Properties, 87
NFL Club, 3, 9, 17, 47, 48, 68, 76, 83, 94, 152, 158, 167, 197-198,
    199, 202-203, 210-212, 227, *see Club.*
NFL Competition Committee, *see Committee.*
NFL Draft, *see Draft.*
NFL Player Contract, 7, 9, 11, 17, 22, 27, 39-44, 45, 47, 65, 77-78,
    134, 151, 166, 177, 218, 231-239, 240, 241, 242, 243
    changes, 39
    Commissioner's disapproval, 43-44
    conformity, 40-41
    definition, 4
    determining salary,
    disputes, 107, 139
    general, 41-43
    good faith negotiation, 44
    included in team salary,
    multi-year, 75, 178, 180
NFLPA group licensing program, 44
    not modified by principal terms, 64-65, 241
NFL Player Supplemental Disability Plan, *see Supplemental Disability Bene-*
    *fits.*
NFL Rules, *see Rules.*
NFL Teams, 7, 86, 88, 93-96, 141; *see also Club.*
NFLMC, *see Management Council.*

---

NFLPA, 1, 3, 4, 9-11, 13-15, 17-19, 22-44, 47, 49, 51-52, 54-58, 62,
    64, 67, 69-70, 74, 78, 84, 87-88, 90-92, 95-98, 100, 106, 134, 137-
    156, 158, 160-161, 164, 168, 170, 172, 176-177, 183, 190, 192,
    194-196, 209-212, 214, 217-220, 223-225, 227, 232-233, 239, 242,
    244-246, 258
    address, 69, 227
    agent certification, 15, 17-18
    certified agents, 176
    enforcement, 17
    exclusive representation, 17
    penalty, 17
    Player Group Licensing Program, 13
    rookie orientation, 56
    tickets, 219
    union security, 13
No Assignment of Club Right's to Franchise/Transition Players, 67
No Consideration Between Clubs, 66
No Property or Investments, in Offer Sheets, 66
No Reimbursement Among Clubs, Anti-Collusion Violation, 155
No Strike/Lockout/Suit, 11-12
No Subsequent Draft, *see Draft.*
No Trade Clause, 83, 162
Non-Cash Provisions, 131
Non-Compensation Terms, 66
Non-Defined Gross Revenues, *see Non-DGR.*
Non-DGR, 87, 144, 265
Non-Football Injury (N-F/I), *see Injury.*
Non-Football Injury or Illness List, 163, 169
Non-Football Services, 94
Non-Guaranteed Reporting Bonus, *see Reporting Bonus.*
Non-Injury Grievance, 22
    appeal, 22-23
    arbitration panel, 23-24
    arbitrator's decision and award, 25
    costs, 26
    definition, 22
    discovery, 23
    expedited grievance, 23
    filing, 22
    grievance settlement committee, 26
    grounds for grievance, 22-23
    hearing, 24-25
    initiation, 22
    payment, 26

Index

representation, 25
time limits, 25
Non-Shared Amount, *see PSL.*
Notice, 14, 15, 20, 29, 40, 46, 64-65, 67, 68-69, 147-149, 150, 163,
    170, 214, 218, 235, 237, 241, 243, 257, 266
    veteran free agency, 68-69
    Arbitrator, 23
    invalid contract, 160
    notice of signing, 49, 57
    signing, by veteran with less than three accrued seasons, 57
    signing, drafted rookie, 49
    signing, undrafted rookie, 49
    termination, in waiver system, 83, 225, 243
    personnel, 84
    to NFL, NFLMC and NFLPA, 28, 33, 37, 42, 47, 49, 51, 57, 83-84,
        93, 103, 140, 143, 149, 151, 160, 164, 176, 194, 224-225, 227-
        228, 232
Number of Regular Season Games, 164, 176


O
Off-Season Reporting Bonus, *see Bonus.*
Off Season Roster Bonus, *see Bonus.*
Off-Season Workouts, 96, 258, 131, 132, 137, 168-171
    bonus, 104, 181
    enforcement, 170-171
    injuries, 169
    miscellaneous, 169
    payment, 168-169
    prohibited Club activity, 169
    time period, 168
    voluntary, 168
Offer Sheet, 64-69, 71-72, 74, 142, 151-152, 158, 244
    first refusal procedure, 64-67
    franchise player, 71
    one offer sheet, outstanding, 65
    principal terms, 65, 66
    restricted free agents,
    transition player, 71
Old Club, matching incentives, 66, 180
One Offer Sheet, Outstanding, 65, *see Offer Sheet.*
On Field Attire, 219
Operation Committee, *see Committee.*
Operation in Entering Player Pool, *see Entering Player Pool.*
Option Bonus, 45
Option Clause, 11, 45, 151

existing option clauses, 45
prohibition, 45
Orthopedic Physician, *see Physician.*
Other Provisions, 163
CFL Rule, 163
non-football injury, 163
physically unable to perform (PUP), 163
roster exemption, 163-164

**P**

Paid Performance Bonus, *see Bonus.*
Paragraph 5 Salary, 5, 7, 57, 61-63, 67, 71, 82, 85, 99, 101, 175, 178, 180, 240
definition, 7
June 1st tender, 59, 60, 63, 82, 98
June 15th tender, 63, 98
minimum, 178, 180
minimum qualifying offer, restricted free agent, 9, 62-64, 67
minimum qualifying offer, right of first refusal and/or draft choice compensation, 62, 64-69, 72-74, 151-152
*see also Deferred Paragraph 5 Salary; Minimum Paragraph 5 Salary; Salary.*
Parol Evidence, Modifying Agreement, 221
Payment, 6, 14, 26, 31, 35, 54, 56, 59, 71, 82-83, 86-87, 90, 94, 97-99, 102, 130, 135-136, 155, 198, 172-174, 176-178, 181-183, 186-187, 189-190, 196-197, 199-201, 203-207211-213, 233-235, 240, 247, 255, 264-265
non-injury grievance award, 26
injury protection benefit, 33
rookie orientation program, 56
minimum workout, 54, 171, 181-182
damages, 155
performance based pool, 152, 183
post season, 188-189
salary, non-football injury or illness,
salary, PUP,
salary, waiver system.
salaries, bonuses, 66, 76, 93, 95, 163, 166, 220
severance, 94, 196, 211-212
Penalty, 14, 17, 34, 49, 57, 59, 60, 63, 71, 73, 79, 80, 83, 148, 152, 166,
and NFLPA Agent Certification, 17
assessed by Special Master, 148
in Commissioner discipline, 34
Pension, 31, 93-94, 155, 195-196, 214, 247

289

Index

Per Diem, *see Pre-Season Training Camp.*
Performance Based Pool, 52, 183
    annual projection, 183
    creation of fund, 183
    mandatory distribution each year, 183
    methodology, 183
    qualifying player, 183
Performance Bonus, *see Bonus.*
Performance Categories, 125, 129
Performance Incentives, *see Incentives.*
Personal, 68, 83, 88, 193, 220, 231, 235, 243, 259
    appearance, 19, 169
    hardship, 47, 57, 59, 63, 79
Personnel Information, NFLPA's Right to, 84
Personal Seat License, *see PSL.*
Pete Rozelle NFL Player Retirement Plan, *see Pete Rozelle Plan.*
Pete Rozelle Plan, 83, 173, 192, 201-204, 208, 209, 211, 213, 214; *see also Bert Bell NFL Player Retirement Plan; Merged Plan; Retirement Plan*
Physical Examination, 27-28, 31, 35, 172-173, 191, 230, 234-235, 243
Physically Unable to Perform (PUP), 27, 32, 163, 169, 234
Physician
    club, 20, 27, 28, 31, 35-36, 191, 193, 234-235, 243
    neutral, 28, 191
    orthopedic, 28, 191
    treating, 28
Plan Benefit Costs, 194-198
Play Rule Change, 37-38
Player
    appearances, 169, 219
    categories of, deals with rosters, 84, 97
    election, 154
    promotions, 223
    public statements, 219
    tickets, 220
    *see also Rookie; Veterans.*
Player Affiliate, 4, 7, 42, 59, 71, 94, 142, 157
Player Annuity Program, 94, 138, 194, 196-197, 204
    allocation, 204-205
    annuity board, 206
    contributions, 204
    definitions,
    distribution, 205

eligibility, 204-205
    individual allocations, 204-206
    points, 204-206
    timing, 205
  establishment, 204
  insurance company,
    structure, 206
Player's Association, *see NFLPA.*
Player Benefit, 155, 179, 183, 197; *see Player Benefit Costs.*
Player Benefit Costs, 93, 141, 194-198
  1998 amendment benefits, 194, 197
  adjustments, 195
  definition, 6, 195-196
  general right of reduction, 194
  limitation on contributions, 197-198
  resolution of disputes, 196-197
  right of restoration, 195
  *see also Benefit.*
Player Benefit Credits, 197, 199, 201
Player Benefit Plan, *see Player Benefit Costs.*
Player/Club Operations Committee, *see Committee.*
Player Contract, *see Contract; see also Bonuses, Incentives; Salary.*
Player Costs, 6-7, 9, 88, 94-96, 137.139, 162, 244, 247
Player Second Career Savings Plan, *see Second Career Savings Plan.*
Player Security, 19
Players' Right to Medical Care and Treatment, 191-192
  club physician, 191
  club trainer, 191
  drugs of abuse and alcohol, 192
  insurance benefits, 198, 208
  records, 193
  second medical opinion, 191
  standard, 38
  standard minimum pre-season physical, 191-192
  substance abuse, 192
  surgeon of his choice, 191
Playoff Clubs, 5, 81
Playtime Requirement, 100-101, 125-126; *see also Incentives; Player Annuity Program.*
Post-Season Pay, 188-189
  compensation, 188
  payment, 189
  playoff system, 189
Practice Squad, 84, 98, 166, 209
  credited season, 201

Index

    eligibility, 166-167
    player, 56
    salary, 93, 166, 175
    signing with other clubs,  166
    size of, 165
Pre-Season, 164, 219, 228, 230, 231-233, 238
    cut down dates and player limits, 165
    game, 43, 76, 103, 164
    per diem, 173, 195
    physical, 36, 230, 252
    roster bonus, 128
    testing, drugs and alcohol, 253, 192
    training camp, 104, 173-174, 231, 233, 258
    veteran reporting (relocation) bonus, during expansion allocation,
        105, 162
Premium
    seat excess, 92, 265
    seat revenue, 90-93, 265
Previous Player, 81
Principal Term, 64-67, 71, 240, 241
    offer sheet, 64-67
    restricted free agents, 67
Prior Club, 5, 57, 59, 60-67, 69, 72-74, 158
    franchise players, 64
    restricted free agents, 6, 60, 65, 67, 152
    transition players, 71-72, 78
    unrestricted free agents, 42
    signing bonuses, 72, 105
Prior Year Salary, 5, 6, 59, 72, 77-78
Pro-Bowl Game, 190
    compensation, 190
    injury, 190
    payment, 190
    selection, 190
    wives, 190
Pro-Rated Signing Bonus, *see Signing Bonus.*
Procedures, 17, 23, 29, 49, 64, 78, 83, 88, 137, 138, 141, 147, 148-
    150, 190, 208, 214-215, 225, 235, 244-247, 248-251
    changing playing rules, 37-38
    Impartial Arbitrator, 149
    Special Master, 147-148
Professional, 6, 33, 59, 66, 82, 148, 150, 157, 231, 236, 238
    player, 3, 5
    teams, 47
Prohibition of Option Clause, 45

Case 3:07-cv-00002    Document 12    Filed 01/31/2007    Page 49 of 61

Projected Benefits, 7, 9, 88, 95-97, 141, 195-197, 267
    adjusted, 141
    definition, salary cap and team salary purposes, 96-97
    *see also Benefits*
Projected Defined Gross Revenues, *see Projected DGR.*.
Projected DGR, 7, 9, 88; *see also DGR; EDGR; Non-DGR.*
Property or Investments, as Principal Terms of Offer Sheets, 66
PSL,
    carryover PSL credit, 90, 263
    difference, 89, 262-263
    excess, 90, 263
    first-year increases, 89
    funding the construction and renovation of stadiums, 89-91, 261-265
    maximum annual allocation amount, 89-90, 259-263
    non-share amount, 91-92, 265
    revenues, 89-90, 92, 259-262, 265
Physically Unable To Perform, 27, 32, 163, 164, 234
    injury protection, 35-36, 93, 195, 230
    salary,
PUP, *see Physically Unable to Perform.*

**Q**
Qualifying Contract, 179-181; *see also   Bonuses, Contract, Incentives.*
Qualifying Offer, 9, 61-63, 67, 69, 138, 222
    and restricted free agent, 98
Qualifying Player, 178, 179, 181, 183, 213

**R**
Records, 23, 28, 32, 68, 145, 227
    personnel, 192
    medical, 193
Recruitment of an Unsigned Player, 131
Reimbursement, 56, 186, 207, 208, 233, 264
    meal allowance, 184
    no, 155
    travel, 184
Related Entities, definition, 88, 249
Released, in Waiver System, *see Waiver System.*
Releases and Covenants Not to Sue, 12, 39
Relocation Bonus, *see Bonus.*
Remedies, 153, 199, 203, 204, 213
Renegotiation and Extensions, *see Contract.*
Renegotiation of an Existing Player Contract, 71, 73, *see Contract.*
Renovation of Stadiums, 87, 89-92, 261; *see also Stadium.*
Reopener, Workers' Compensation, 218

Index

Reporting Bonus, *see Bonus.*
Representation During Grievance Procedures, *see Grievance, Injury Griev-
     ance; Non-Injury Grievance.*
Required Tender, 6, 9, 57, 88, 138, 151, 163,
     franchise players, 70-71
     good faith negotiation, 44
     rookie, 46, 53
     transition players, 73
     *see Tender.*
Reserve Physical Unable to Perform,
     *see also Physically Unable To Perform.*
Reserve PUP, *see Reserved Physically Unable to Perform.*
Restricted Free Agent, 6, 48, 60, 62-67, 69, 70, 72, 74, 77, 152-153,
     158, 163
     offer sheet, 64
     qualifying offer, 61-64, 98
     required tenders, 62
     right of first refusal, 61
     signing period, 62
     *see also Free Agency; Free Agent.*
Restricted Players, 163
Retention of Benefits, 216
Retirement
     Board, 199, 214, 255, 256
     of players, 83, 93, 94, 133, 189, 194-196, 236
Retirement Plan, 189, 194, 199-201
     benefit credits, 197, 199, 201
     contributions, 198
     decrease in vesting requirement, 199
     definition, 198
     maintenance, 198
     medical standard for line-of-duty disability benefit, 199
     psychological/psychiatric disorders,
     *see also Merged Plan.*
Revenues, for DGR Purposes,
     *see also DGR.*
Right of First Refusal, 47-48, 61-69, 73-74, 151-152, 241-242
     definition, 5, 8
     restricted free agents, 60-64
     transition players, 73-74
Right of Restoration, Individual Player Benefits, 195
Rights
     preservation of, 217
     under law, 223

Rookie, 3, 5-6, 15, 46-49, 51-56, 59, 67, 94, 98-101, 106, 110-120,
 122-127, 132, 134-136, 151, 153-154, 162, 169-170, 172-173, 177,
 183, 186-187, 208, 238
　25% rule, 53-55, 110-117, 134-135
　allocation, 51-56, 163
　contract, 46-49, 51, 53, 54, 59, 177
　contract renegotiation, 59, 136
　contract requirements, 46-56
　definition, 5-6, 173
　drafted, 5, 47-49, 52-53, 55, 153
　free agent, 5, 46-49
　incentives, 56, 106, 110-125
　insurance coverage, 208
　minimum workouts payments, 54
　orientation program, 56, 132
　per diem, 173
　premiere, 169, 170
　salary, 55, 94, 98-99, 238
　signing bonus, 9, 59, 100-101
　symposium, 15
　undrafted, 5, 6, 53, 55, 99, 151, 154
　see also Drafted Rookie; Undrafted Rookie
Rookie Allocation, 51-56, 163, see Rookie.
Rookie Orientation, 56, 132
　during timing and testing sessions, 15
　player reimbursement, 56
　　evaluation,
Rookie Salary, 46, 51, 55, 94, 98-99, 238, see Rookie; see also Contract.
Room, 174, 187
　and board, 56, 173
　definition, 7
　for salary cap purposes, 43, 52-53, 71, 102, 106, 133, 235, 243
　in rookie allocation, 51-53
Roster Bonus, 40, 103-104, 128, see Bonus.
Roster Exemption Status, 163
　contracted player, 163
　players not under contract, 163
　restricted free agent, 163
Rounding, 9
Rules
　25% rule, for Rookies, 54-55, 134-135
　30% rule, 53-54, 134-135
　70% rule, 96
　CFL rule, 163

NFL rules, definition, 4
play rule change, 37-38

S
Salaries, 53, 70, 71, 73-74, 77-79, 93, 98, 172, 177, 196, 244, 246
    arbitration, other/additional compensation, 176-178, 180-182, 233
    credited season, calculation, 47-48, 175-176, 178-179, 181, 199,
    copies of contracts, 177
    definition, 7
    funding of deferred and guaranteed contracts, 177
    minimum salaries, 7, 9, 88, 97, 175, 183
        active/inactive list, 5, 9, 46, 48, 53, 55, 88, 99, 166-167, 175, 179
        non-active/inactive list, 5, 9, 46, 48, 53, 55, 57, 88, 99
    other compensation, 83, 176
    payment, 6, 35, 54, 59, 71, 82, 94, 97-99, 102, 129-130, 134, 136,
        155, 168, 172-173, 176-178, 181, 183, 189-190, 233-234
    split contracts, 177, 178
Salary
    active/inactive list, 5, 9, 46, 48, 53, 55, 88, 99, 166-167, 175, 179
    advance, 97, 103-104, 131, 178
    cash, 96, 97
    deferred, 97, 99-100
    deferred paragraph 72, 176
    definition, 82
    determining player salary, 9, 51, 175
    drafted rookie, 46, 51, 98
    first year, 81
    guaranteed, 122, 130, 178, 181
    grievance, 99
    increase requirements, for rookie, 53, 62, 71, 73, 101, 105, 134-135
    information, 41, 74
    minimum, 5, 54, 94, 166, 175, 178-183, 196,
    minimum active/inactive list, 5, 9, 46, 48, 53, 88, 99
    minimum salary requirements, 54, 166, 175, 178-181, 183
    minimum split 179
    minimum team salary, 4, 6-8, 32, 41, 51, 68, 94, 97-98, 138, 140-
        145, 162, 194-195, 224, 259
    paragraph 5, 7, 43, 51, 57, 59, 61, 63, 66-67, 71-73, 85, 97, 99,
        101, 131, 175, -176, 178, 180-181, 240
    practice squad, 56, 93, 98, 166-167, 175, 196-197
    prior year, 5, 6, 59, 61, 67, 70, 73-74, 77-79
    reduction contributions, 94, 196
    summaries, 160
        restricted free agent, 61-64, 67, 98, 163
        team, 7, 9, 55, 88, 97-99, 102-106, 128-135, 138, 160, 179

*see also Bonus; Incentive; Paragraph 5 Salary; Prior Year Salary; Team Salary.*

Salary Cap, 4, 6, 7-8, 11, 32, 43, 51, 55-56, 68, 71-72, 75, 81-82, 93-99, 101-106, 123-124, 126-128, 130-131, 133, 135-137, 138, 140-144, 147, 151, 155, 157-159, 162, 179, 181, 183, 194-195, 202-205, 210, 213, 222, 224, 235, 238, 243-244, 246, 257-259, 267

    adjustment, 95, 138

    amount, 95-96

    credit, 97

    deduction, 267

    definition, 6

    for rookie, 51-53, 98-101

Sanctions, 143-144, 171

Savings Plan, 93-94, 195-197, 202-206, *see Second Savings Career Plan.*

Scope of Authority, 146-147

    Impartial Arbitrator, 4, 11, 22, 47, 57, 59, 63, 67, 74-75, 77-79, 106, 111, 133, 149-150, 176, 177

Special Master, 146-147

Scouting Combine, 15, 49

Season, 1, 5-6, 11, 13, 15, 20-21, 25, 27, 30-33, 35-36, 43-44, 46-49, 51, 54-61, 63, 67-68, 70, 73-80, 83-85, 86, 88, 93, 95, 97-100, 103-106, 110-122, 124-125, 127-128, 132-134, 136-137, 140, 151, 153, 155-156, 160, 162-166, 168-182, 184-196, 199-203, 205, 207-209, 243-247, 252, 255, 258, 266

Second Career Savings Plan, 94, 196-197, 202, 204

    contributions, 197

    establishment, 104

    expansion of eligible employees, 203

    maintenance, 202

Selection, (expand), 214

    Impartial Arbitrator, 150

Special Master, 148

Senior Arbitrator, 23, 29, *see Arbitrator.*

Settlement Agreement, 4, 9, 11, 12, 39-40, 43, 68, 76, 82, 88, 100, 102, 105, 117, 136, 152, 160, 212, 223, 225, 238, 244

Severance Pay, 94, 196-197, 211-212

    amount, 211

    application, 211

    eligibility, 211

    failure to apply for, 212

    nonassignability, 212

    only one payment, 212

    payable to survivor, 212

    payment, 211

Index

plan, 197
prior, 212
Signing Bonus, 5, 54, -55, 59, 65, 72, 81, 92, 97, 100-105, 240, 246-247
    amounts treated as, 97, 103, 121, 124-125, 134, 136, 178, 180
    at time of buy-out, 54, 134
    "Deion Rule", 101
    individually negotiated right of first refusal, 68, 103
    option buyout, 103
    proration, 100, 102, 104, 180
    rookie, 100
    unrestricted free agents,
    see also Bonus.
Signing Period, 42, 48-49, 57, 59-60, 62-63, 69-71, 73-74, 76, 78-80, 83, 153
    definition, 62
    franchise player, 76, 79, 80
    in waiver system, 81, 83
    restricted free agents, 62-63, 69, 70, 74, 153
    transition players, 72-73
    unrestricted free agents, 42, 59-60, 69, 71, 73, 76, 79-80
Special Defenses, 27, 31; see also Injury Grievance.
Special Master, 4, 11, 22, 41, 43, 87, 139-140, 142-144, 146-148, 151, 153, 155-156, 158-159, 225, 265
    action, 142
    appointment, 146
    compensation, 147
    definition, 4
    discovery, 147
    jurisdiction, 147
    penalties, 148
    procedures, 147-148
    proceeding, 139
    review, 143
    scope of authority, 146-147
    selection of, 148
    term, 148
Spillover, Excess EDGR, 89, 91, 262
Split Contracts, 177, 178 see Salaries.
Split Qualifying Contract, 179, see Minimum Salary Benefits.
Squad, 13, 57, 228
    active and inactive list limit, 165
    practice, 56, 84, 93, 98, 166-167, 175, 196, 201, 203, 209
    size inactive list, 165
    size pre-season, 12, 165

Standard Minimum Pre-Season Physical, 191, 192
Stadium
    construction, 89, 91, 261, 264-265
    increase in DGR, 89-91, 262-263
    new, 89-92, 140, 262-263
    old, 89, 91
    renovation, 87, 89-92, 261
Steroids, 192, *see Players' Right to Medical Care and Treatment.*
Stipulation and Settlement Agreement, 9, 44, 82, 88, 100, 102, 136, 238
Subsequent Draft, 48-49, *see Draft.*
Substance Abuse, 192
    alcohol, steroids and related substances, 192
    drugs of abuse and alcohol, 192
    general policy, 192
    *see also Players' Right to Medical Care and Treatment.*
Summary Judgment, 153
Supplemental Disability Benefits, 213
    automatic payment and waiver, 213
    contributions, 213
    extension, 213
    maintenance, 213
Supplemental Disability Plan, 194, 196, 197, 213, 214
Supplemental Draft, 52-53, *see Draft.*
Suspension, 14, 20-21, 23, 25, 33

T
Team, *see also Club.*
    incentives, 107, 125-126, 240
    performance issues,
    performance-related incentive, 9, 43-44, 46-49, 54-55, 63, 74-75, 77,
        88, 98, 129, 133, 135, 153, 237
Team Affiliate, 4, 6, 59, 71, 91, 94, 131, 264
Team Leaders, Defined, 121
Team Salary, 4, 6-9, 11, 32, 41, 51, 55, 68, 82, 88, 94-95, 97-107, 128,
    130-135, 138, 140-144, 147, 160, 162, 179, 194-195, 210, 224,
    259
    cap, 4, 6-8, 11, 32, 43, 51, 55-56, 68, 71-72, 75, 81-82, 93-106,
        123-124, 126-128, 130-133, 135-138, 140-144, 147, 151, 155,
        157-160, 179, 181, 183, 194-195, 202-204
    computation, 98
    definition, 82
    elements,
    right to exercise option, 40-41, 45, 54-55, 64-69, 74-75, 98, 100,
        134-136, 151, 153, 241
    summaries, 160

Index

Tenders, 63, 71-72, 75, 78, 88, 98-99, 138
    June 1st , 63, 82, 98
    June 15th, 59, 63, 98
    one year, 47-48, 57, 60, 63, 73, 77-79
    minimum, 72
    required, 6, 9, 44, 46, 48, 53, 57-58, 60, 62, 70-71, 73, 78, 88, 138,
       151, 163
    upgraded, 61-62
Terminated Via Waivers, Notice, 83-84, 243
Termination of Agreement, 46, 146, 156, 209-210, 223-224
Termination of Drafted Rookie, 53, 153
Termination Pay, 85
    contract signed after the beginning of the season, 85
    eligibility, 85
    ineligibility, 85
Tests, 28, 220, 246-248
    psychological or personality, 220
    steroid, 192
    urinalysis, 191, 254
Tickets, 219-220, see Player.
Time Limits
    Commissioner discipline, 33-34
    designating franchise player, 70
    injury grievances, 27-32
    non-injury grievances, 22-26
    reporting salary information to the NFLPA, 41
Time Off
    days off, 15, 181, 185
    requirements, 185
Time Periods, 168, 221
Top Four Teams, 81,  see Final Year Plan.
Traded Contracts, 123; see also Contracts.
Traded Players, 6, 44, 66, 82, 123, 133
Trade Limitations, 82
Training Camp, 20-21, 31, 59, 76, 82, 103, 160, 164, 168-169, 173-
    174, 231, 233, 258,
    definition, 173
    expenses, 174
    number of games, 173-174
    pre-season, 20-21, 31, 164, 169, 172-174
    reporting, 173
    rookie per diem, 173
    room and board, 173
    telephones, 174
    veteran per diem, 173

Transition Player, 41, 64, 66-67, 71-74, 77-80, 142, 157, 163, 222
    designation, 77, 142, 157
    designation period, 72-73
    duration of designation, 75
    list, 74
    right of first refusal, 73-74
    salary information, 74
    signing period, 78-79
    *see also Franchise Player; Restricted Free Agent.*
Trigger for Guaranteed League-Wide Salary, Salary Cap, and Minimum
    Team Salary, 94-98, *see Guaranteed League-wide Salary, Salary Cap, and*
    *Minimum Team Salary.*
Tuition Assistance Program, 207
    establishment, 207
    eligibility, 207
    reimbursement, 207

**U**
Uncapped Year, 7, 51, 64, 101-104, 134, 160, 197
Undisclosed Terms, Player Contracts, 55, 142, 157-158, 238
Undrafted Rookie, 3, 49
    definition, 6
    free agent, 46, 99
    player contract, 55, 151
    salary, 99
    *see also Rookie; Drafted Rookie.*
Union Security, 10-11, 13
    check-off, 13
    disputes, 14
    NFLPA player group licensing program, 13-14
    NFLPA responsibility, 15
    orientation, 15
    procedure for enforcement, 14-15
    *see also NFLPA*
Unrestricted Free Agency, 5; *see also Free Agency; Restricted Free Agent; Un-*
    *restricted Free Agents.*
Unrestricted Free Agent, 5-6, 20, 42, 59-60, 62, 69, 71-73, 77, 80-83,
    152-153, 158, 220
    definition, 6
    franchise players, 70
    right of first refusal, 67, 71, 73
    transition player, 72, 77, 80, 163, 222
    *see also Free Agency; Free Agent.*
Upgraded Tender, 61-62, *see Tender.*

Index

**V**

Valuation of Player Contracts, 99, *see Contracts; see also Calculations.*
Vested Player, 208
    allocation, 204-205
    contract, 200-201
    definition, 200-201
    insurance benefits, 208-209
    veteran, 200-201
Veteran Free Agency, 5-6, 20, 59, 69, 209
    expedited arbitration, 67
    individually negotiated limitations on player movement, 67-69
    offer sheet and first refusal procedures, 64-67
    one offer sheet, 65
    restricted free agents, 60-64
    signing period for unrestricted free agents, 59-60
    unrestricted free agents, 59-60
    *see Unrestricted Free Agents.*
Veteran Free Agency Notices, 68-69
Veteran Player, 6, 51, 60, 94, 162, 172-173, 186-187, 189, 208
    and expansion draft, 162, 186
    contract, 135-136, 177
    definition, 6, 173
    expenses, 186-187
    insurance coverage, 208
    per diem, 173
    with less than three accrued seasons, 57-58
        accrued seasons calculation, 57
        negotiating rights, 57-58
        notice of signing, 57-58, 60, 64
    with four or more accrued season, 59

**W**

Waiver Procedures, 46-47, 83-84, 98, 102, 133, 167
Waiver System, 83
    awarding club, 83
    claiming club, 83
    contacting players on waivers, 83
    drafted rookie, 46-47
    ineligibility, 83
    NFLPA right to personnel information, 84
    notice of termination, 83-84
    release, 83-84
    rosters, 84
waiving club, 83, 230-231
Weight Bonus, 106; *see also Bonus.*

Wives, Transportation Provided for, 190
Workers' Compensation, 10-11, 93, 195, 217, 234-235, 247
    arbitration, 217
    benefits, 217
    joint study, 217
    preservation of rights, 217-218
    rejection of coverage, 217
    reopener, workers' compensation article, 218

**Y**

Youth Football Program, Deduction, 144

304