

**TENNESSEE TITANS**

**K. S. "Bud" Adams, Jr.**
*Founder, Owner and*
*Chairman of the Board*

Office of General Counsel
Direct Dial (713) 881-3468
Facsimile (713) 881-3472
Houston Office

August 17, 2006

<u>VIA FACSIMILE #949-720-9121</u>

Mr. Ryan Tollner
Steinberg, Tollner & Moon
600 Newport Center Drive, Suite 1000
Newport Beach, CA 92660

RE:     Adrian
        ~~Adam~~ McPherson

Dear Ryan:

When we spoke yesterday afternoon, I was under the impression that you would get back with me last night or today about my request to have the captioned player examined by a physician of Titans' choosing and at our expense. I also offered to pay for the physical which I understood you had asked our General Manager, Floyd Reese, yesterday to pay for, and I offered this in return for the separate physical we are requesting. My offer in this regard still stands.

On behalf of Titans, we renew our request to have the player examined as soon as possible by an independent physician of our choosing and request a copy of the physical he is taking today. We would, of course, provide you with the results of ours.

I also request that any future communications from you or your firm with our organization regarding this player's incident with our mascot be directed to the undersigned.

Sincerely,

TENNESSEE FOOTBALL, INC.

By _____
   Steve Underwood
   Executive Vice President & General Counsel

SU:jm

cc:    Mr. Floyd Reese

U:\WORK\NASHVILL\Mascot\8 12 06 incid tollner_lt.wpd

Nashville (Baptist Sports Park):   460 Great Circle Road • P.O. Box 281228 • Nashville, TN 37228   (615) 565-4000
Houston:                          4400 Post Oak Parkway • Suite 2800 • Houston, TX 77027   (713) 881-3500  Fax: (713) 881-3471



**T E N N E S S E E**
# TITANS

K. S. "Bud" Adams, Jr.
*Founder, Owner and*
*Chairman of the Board*

August 18, 2006

<u>VIA FACSIMILE #949-720-9121</u>

Mr. Ryan Tollner
Steinberg, Tollner & Moon
600 Newport Center Drive, Suite 1000
Newport Beach, CA  92660

RE:     <u>Adrian McPherson</u>

Dear Ryan:

    Please see my earlier letter to you of August 17, 2006.

    On behalf of Titans, we make our third request to have the player examined as soon as possible by an independent physician of our choosing and again request a copy of the physical which you indicated he was taking yesterday.  We would, of course, provide you with the results of ours.

    Please advise at your earliest convenience.

                Sincerely,

                TENNESSEE FOOTBALL, INC.

                By _____

                   Steve Underwood
                   Executive Vice President & General Counsel

SU:jm

cc:     Mr. Floyd Reese

U:\WORK\NASHVILL\Mascot\8 12 06 incid tollner_lt2.wpd

Nashville (Baptist Sports Park):    460 Great Circle Road • P.O. Box 281228 • Nashville, TN 37228    (615) 565-4000
Houston:    4400 Post Oak Parkway • Suite 2800 • Houston, TX 77027    (713) 881-3500  Fax: (713) 881-3471

Case 3:07-cv-00002    Document 12    Filed 01/31/2007    Page 2 of 2