## Transactions

**McPherson, Adrian**
- **Position:** QB
- **College:** Florida State
- **Current Club:**
- **Current Status:** Free Agent

| Date | Start Club | Result Club | Potential Club | Initial Status | Result Status | Description | Comments |
|---|---|---|---|---|---|---|---|
| 12/19/2006 | | | KC | Free Agent | Free Agent | Tryout | |
| 10/30/2006 | | | NYG | Free Agent | Free Agent | Tryout | |
| 10/11/2006 | NO | | | Waivers/No Rec. | Free Agent | Terminated Via Waivers, all contracts | |
| 10/10/2006 | NO | NO | | R/Injured | Waivers/No Rec. | Waived, No Recall | |
| 9/3/2006 | NO | NO | | Waivers/Injured | R/Injured | Reserve/Injured | |
| 9/1/2006 | NO | NO | | Active | Waivers/Injured | Waived, Injured | |
| 1/4/2006 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 1/1/2006 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 12/28/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 12/24/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 12/21/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 12/18/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 12/14/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 12/12/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 12/7/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 12/4/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 11/30/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 11/27/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 11/23/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 11/20/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 11/9/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 11/6/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 11/2/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 10/30/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 10/26/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |
| 10/23/2005 | NO | NO | | Active | Inactive/3rd QB | De-Activated; Third Quarterback | |
| 10/19/2005 | NO | NO | | Inactive/3rd QB | Active | Activated, from Inactive | |

Dockets.Justia.com

| Date | | | | | |
|---|---|---|---|---|---|
| 10/16/2005 | NO | NO | Active | Inactive/3rd QB | De-Activated; Third Quarterback |
| 10/12/2005 | NO | NO | Inactive/3rd QB | Active | Activated, from Inactive |
| 10/9/2005 | NO | NO | Active | Inactive/3rd QB | De-Activated; Third Quarterback |
| 10/5/2005 | NO | NO | Inactive/3rd QB | Active | Activated, from Inactive |
| 10/2/2005 | NO | NO | Active | Inactive/3rd QB | De-Activated; Third Quarterback |
| 9/28/2005 | NO | NO | Inactive/3rd QB | Active | Activated, from Inactive |
| 9/25/2005 | NO | NO | Active | Inactive/3rd QB | De-Activated; Third Quarterback |
| 9/21/2005 | NO | NO | Inactive/3rd QB | Active | Activated, from Inactive |
| 9/19/2005 | NO | NO | Active | Inactive/3rd QB | De-Activated; Third Quarterback |
| 9/14/2005 | NO | NO | Inactive/3rd QB | Active | Activated, from Inactive |
| 9/11/2005 | NO | NO | Active | Inactive/3rd QB | De-Activated; Third Quarterback |
| 7/28/2005 | NO | NO | R/Drft; Unsign | Active | Selection List Signing |
| 4/24/2005 |  | NO |  | R/Drft; Unsign | Reserve/Selection List |