**From:** Mike Durst [mailto:mdurst@arenafootball.com]
**Sent:** Monday, January 29, 2007 2:52 PM
**To:** Sperduto, Pat
**Subject:** Adrian McPherson Transaction History
**Importance:** High

Signed to Indiana Firebirds (IND) 1.12.04
To IR for IND 2.2.04
To IND from IR 2.19.04
Dispersal Draft to Nashville Kats (NAS) from IND 10.14.04
Refused to Report to NAS 1.4.05
To Other League Exempt from NAS 7.8.05
Expansion Draft to Utah Blaze (UTA) from NAS 9.26.05
From NAS Other League Exempt to UTA Other League Exempt 9.26.05
To UTA active from UTA Other League Exempt 11.8.06
Traded from UTA to Austin Wranglers (AUS) 11.14.06
Re-Signed to AUS 11.20.06

Mike Durst
Salary Cap Director
(P) 773-444-1054
(F) 773-444-1010
(C) 312-907-6727

Arena Football League, LLC
8700 West Bryn Mawr Ave, Suite 120 S
Chicago, IL 60631