CLERK'S RESUME OF PROCEEDINGS
CIVIL NON-JURY PROCEEDINGS

ADRIAN MCPHEARSON          CASE #: 3:07-00002

VS.                        DATE: February 26, 2007

TENNESSEE FOOTBALL, INC.

NATURE OF PROCEEDING: Initial Case Management Conference

PRESIDING JUDGE: William J. Haynes, Jr.

COURT REPORTER: Peggy Turner

PLAINTIFF'S ATTORNEY(S):   Mark Peters

DEFENDANT'S ATTORNEY(S):   Chris Taylor

DIVISION TRIAL TO BE HELD:

NUMBER OF JURORS NEEDED: ____ OR ____

ESTIMATED TRIAL TIME:

INSTRUCTIONS AND DECISIONS OF THE COURT: Court will hold off on entering CMO pending ruling on motion for summary judgment.

DEADLINES SET
Discovery:
Disp. Mtn:
Expert Discl:
Reply:
    Plaintiff:
    Defendant:
FPTC:
Trial: .
Other: _____

Times Utilized: Four (4) minutes

BY: _____
Courtroom Deputy