McPherson v. Tennessee Football, Inc.                                                                    Doc. 17

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ADRIAN MCPHERSON,   )   <br>           )   <br>     Plaintiff,    )   <br> v.         )   <br>           )   <br> TENNESSEE FOOTBALL   )   <br> INCORPORATED, d/b/a TENNESSEE )   <br> TITANS,        )   <br>           )   <br>     Defendant.   )   | NO. 3:07-0002<br>JUDGE HAYNES |

### O R D E R

In accordance with the Memorandum filed herewith, the Plaintiff's motion to remand (Docket Entry No. 7) is **GRANTED** and this action is **REMANDED** to the Circuit Court of Davison County, Tennessee

It is so **ORDERED**.

**ENTERED** this the ___31st___ day of May 2007.

WILLIAM J. HAYNES, JR
United States District Judge

Dockets.Justia.com