# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ADRIAN MCPHERSON, )<br>)<br>   Plaintiff, )<br>v. )<br>)<br>TENNESSEE FOOTBALL )<br>INCORPORATED, d/b/a TENNESSEE )<br>TITANS, )<br>)<br>   Defendant. ) | NO. 3:07-0002<br>JUDGE HAYNES |

## **O R D E R**

In accordance with the Memorandum filed herewith, the Plaintiff's motion to remand (Docket Entry No. 7) is **GRANTED** and this action is **REMANDED** to the Circuit Court of Davison County, Tennessee

It is so **ORDERED**.

**ENTERED** this the _____ day of May 2007.

                                                            WILLIAM J. HAYNES, JR.
                                                             United States District Judge